MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
MONIQUE JEWETT-BREWSTER, SBN 217792
645 First St. West, Suite D
Sonoma, California 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email:      mjewett-brewster@macbarlaw.com

Attorneys for Secured Creditor
JIM FRENCH STUDIOS, INC.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re                                    )     Case No.  10-12153-AJ
                                         )     (Chapter 11)
PROWEST MEDIA CORPORATION,               )
                                         )
                                         )     **ORDER DENYING MOTION**
            Debtor.                      )     **FOR USE OF CASH COLLATERAL**
                                         )
_____ )

            The Motion for Use of Cash Collateral filed by the Debtor Prowest Media Corporation

came on for final hearing on August 12, 2010.  John H. MacConaghy, Esq., appeared for the

Secured Creditor Jim French Studios, Inc.; David N. Chandler, Esq., appeared for the Debtor.

            On consideration of the evidence and oral and written argument of counsel, and the Court

having stated its basis for decision on the record, and good cause appearing:

            IT IS HEREBY ORDERED that the Debtor's motion to use the cash collateral in which

the Secured Creditor has an interest is denied, effectively immediately.

Dated:  August 12, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge

PAGE 1