1 | MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
2 | JEAN BARNIER, SBN 231683
MONIQUE JEWETT-BREWSTER, SBN 217792
3 | 645 First St. West, Suite D
Sonoma, California 95476
4 | Telephone: (707) 935-3205
Facsimile: (707) 935-7051
5 | Email: mjewett-brewster@macbarlaw.com

6 | Attorneys for Secured Creditor
JIM FRENCH STUDIOS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ) Case No. 10-12153-AJ
) (Chapter 11)
PROWEST MEDIA CORPORATION, )
)
) **ORDER MODIFYING**
Debtor. ) **AUTOMATIC STAY**
)
)
)
_____)

The Motion for Relief from Stay filed by the Secured Creditor Jim French Studios, Inc. came on for final hearing on August 12, 2010. John H. MacConaghy, Esq., appeared for the Secured Creditor; David N. Chandler, Esq., appeared for the Debtor.

On consideration of the evidence and oral and written argument of counsel, and the Court having stated its basis for decision on the record, and good cause appearing:

IT IS HEREBY ORDERED that the automatic stay afforded to the Debtor by 11 U.S.C. Section 362 is terminated to permit the Secured Creditor Jim French Studios, Inc. to exercise all of its rights and remedies under Article 9 of the California Uniform Commercial Code to enforce its security interest against its tangible and intangible personal property collateral now held by

PAGE 1

1  the Debtor.

2  Dated: August 12, 2010

3  _____
   Alan Jaroslovsky
4  U.S. Bankruptcy Judge