# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: PROWEST MEDIA CORPORATION [Debtor]

Case No. 10-12153

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Jul-10                     PETITION DATE: 06/03/10

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor):
   Dollars reported in $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | Asset and Liability Structure | | | |
| | a. Current Assets | $265,506 | $260,025 | |
| | b. Total Assets | $2,385,347 | $2,379,865 | $104,500 |
| | c. Current Liabilities | $11,645 | $6,163 | |
| | d. Total Liabilities | $2,896,107 | $2,890,625 | $2,884,462 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | Statement of Cash Receipts & Disbursements for Month | | | |
| | a. Total Receipts | $117,533 | $98,889 | $216,423 |
| | b. Total Disbursements | $109,307 | $97,313 | $193,262 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $8,226 | $1,577 | $23,161 |
| | d. Cash Balance Beginning of Month | $5,623 | $4,046 | $4,153 |
| | e. Cash Balance End of Month (c + d) | $13,849 | $5,623 | $27,314 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | $2,691 | ($759) | |
| 5. | Account Receivables (Pre and Post Petition) | $7,922 | $10,798 | |
| 6. | Post-Petition Liabilities | $11,645 | $6,163 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | X | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes X ;  U.S. Trustee Quarterly Fees X ; Check if filing is current for: Post-petition tax reporting and tax returns: X .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 0-19-2010

Responsible Individual

Case: 10-12153   Doc# 45   Filed: 08/23/10   Entered: 08/23/10 11:43:42   Page 1 of 19

Revised 1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended 07/31/10

| Current Month | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
| | | | | **Revenues:** | | |
| $117,533 | $105,250 | $12,283 | 1 | Gross Sales | $216,423 | $95,000 |
| $2,628 | $2,500 | ($128) | 2 | less: Sales Returns & Allowances | $2,002 | $1,500 |
| $114,906 | $102,750 | $12,156 | 3 | Net Sales | $214,421 | $93,500 |
| $16,373 | $2,500 | ($13,873) | 4 | less: Cost of Goods Sold (Schedule 'B') | $2,853 | $2,500 |
| $98,533 | $100,250 | ($1,717) | 5 | Gross Profit | $211,568 | $91,000 |
| $0 | | $0 | 6 | Interest | $0 | $0 |
| | | $0 | 7 | Other Income: | $0 | $0 |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $98,533 | $100,250 | ($1,717) | 10 | Total Revenues | $211,568 | $91,000 |
| | | | | **Expenses:** | | |
| $0 | $2,313 | $2,313 | 11 | Compensation to Owner(s)/Officer(s) | $1,077 | $0 |
| $24,461 | $24,200 | ($261) | 12 | Salaries | $47,857 | $25,485 |
| | | $0 | 13 | Commissions | $0 | $0 |
| | | $0 | 14 | Contract Labor | $0 | $0 |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | $0 | $0 |
| | | $0 | 16 | Real Property | $0 | $8,918 |
| $752 | $6,750 | $5,998 | 17 | Insurance | $8,489 | $1,100 |
| | | $0 | 18 | Management Fees | $0 | $0 |
| | | $0 | 19 | Depreciation | $0 | $0 |
| | | | | Taxes: | | |
| $5,967 | | ($5,967) | 20 | Employer Payroll Taxes | $5,967 | $9,822 |
| | | $0 | 21 | Real Property Taxes | $0 | |
| | | $0 | 22 | Other Taxes | $0 | $750 |
| $107 | $875 | $768 | 23 | Other Selling | $982 | $350 |
| $13,554 | $12,500 | ($1,054) | 24 | Other Administrative | $25,175 | $12,500 |
| | | $0 | 25 | Interest | $0 | $0 |
| | | $0 | 26 | Other Expenses: | | |
| $5,854 | $19,500 | $13,646 | 27 | DVD Replication & Printing | $23,916 | $2,750 |
| $783 | $3,500 | $2,717 | 28 | Hardware & Software Service & Expense | $4,471 | $1,850 |
| $44,365 | $30,000 | ($14,365) | 29 | Film Production | $73,709 | $15,000 |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $95,842 | $99,638 | $3,796 | 35 | Total Expenses | $191,642 | $78,525 |
| $2,691 | $612 | $2,079 | 36 | Subtotal | $19,926 | $12,475 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | $0 | $0 |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | $0 |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | $0 | $0 |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | $0 |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | $0 | $975 |
| | | $0 | 42 | | | |
| $0 | $0 | $0 | 43 | Total Reorganization Items | $0 | $975 |
| $2,691 | $612 | $2,079 | 44 | Net Profit (Loss) Before Federal & State Taxes | $19,926 | $13,450 |
| $0 | $1,513 | $1,513 | 45 | Federal & State Income Taxes | $1,513 | $0 |
| $2,691 | ($901) | $3,592 | 46 | Net Profit (Loss) | $18,413 | $13,450 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Case: 10-12153   Doc# 45   Filed: 08/23/10   Entered: 08/23/10 11:43:42   Page 2 of 19

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
For the Month Ended _____07/31/10_____

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $3,923 |
| 2 | Cash and cash equivalents - restricted | | $0 |
| 3 | Accounts receivable (net) | A | $7,922 |
| 4 | Inventory | B | $228,661 |
| 5 | Prepaid expenses | | $0 |
| 6 | Professional retainers | | $25,000 |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $265,506 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $429,993 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $6,070 |
| 14 | Leasehold improvements | D | $4,685 |
| 15 | Vehicles | D | $11,798 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | Copyrights, Trademark & Goodwill | D | $1,365,552 |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $1,818,098 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | $0 |
| 23 | Loans to affiliates | | $5,000 |
| 24 | Unreleased Film(s) | | $289,543 |
| 25 | | | $0 |
| 26 | | | $7,200 |
| 27 | | | |
| 28 | **Total Other Assets** | | $301,743 |
| 29 | **Total Assets** | | $2,385,347 |

**NOTE:**
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| Line | Description | Ref | Amount |
|---|---|---|---|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | $11,277 |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | $368 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | $0 |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $11,645 |
| 45 | Long-Term Post-Petition Debt, Net of Current Portion | | |
| 46 | **Total Post-Petition Liabilities** | | $11,645 |

**Pre-Petition Liabilities (allowed amount)**

| Line | Description | Ref | Amount |
|---|---|---|---|
| 47 | Secured claims | F | $1,485,000 |
| 48 | Priority unsecured claims | F | $743,842 |
| 49 | General unsecured claims | F | $655,620 |
| 50 | **Total Pre-Petition Liabilities** | | $2,884,462 |
| 51 | **Total Liabilities** | | $2,896,107 |

**Equity (Deficit)**

| Line | Description | Amount |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | ($712,230) |
| 53 | Capital Stock | |
| 54 | Additional paid-in capital | $200,000 |
| 55 | Cumulative profit/(loss) since filing of case | $1,470 |
| 56 | Post-petition contributions/(distributions) or (draws) | $0 |
| 57 | | |
| 58 | Market value adjustment | $0 |
| 59 | **Total Equity (Deficit)** | ($510,760) |
| 60 | **Total Liabilities and Equity (Deficit)** | $2,385,347 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0-30 Days | $3,508 | | |
| 31-60 Days | $1,404 | | |
| 61-90 Days | $627 | | $0 |
| 91+ Days | $2,383 | | |
| Total accounts receivable/payable | $7,922 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $7,922 | | |

## Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**

| | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - | |
| Product for resale | $0 |
| | |
| Distribution - | |
| Products for resale | $0 |
| | |
| Manufacturer - | |
| Raw Materials | |
| Work-in-progress | |
| Finished goods | |
| | |
| Other - Explain | |
| | |
| TOTAL | $0 |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | 239212 |
| Add - | |
| Net purchase | $5,854 |
| Direct labor | $0 |
| Manufacturing overhead | $0 |
| Freight in | $0 |
| Other: | |
| | |
| Less - | |
| Inventory End of Month | $228,661 |
| Shrinkage | $32 |
| Personal Use | $0 |
| | |
| Cost of Goods Sold | $16,373 |

**Method of Inventory Control**
Do you have a functioning perpetual inventory system?
 Yes ____  No ____
How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | ____ |
| Monthly | ____ |
| Quarterly | ____ |
| Semi-annually | X |
| Annually | ____ |

Date of last physical inventory was   3/31/2010 0:00

Date of next physical inventory is   8/30/2010 0:00

**Inventory Valuation Methods**
Indicate by a checkmark method of inventory used.

Valuation methods -
| | |
|---|---|
| FIFO cost | ____ |
| LIFO cost | ____ |
| Lower of cost or market | X |
| Retail method | ____ |
| Other | ____ |
|  Explain | |

Case: 10-12153   Doc# 45   Filed: 08/23/10   Entered: 08/23/10 11:43:42   Page 5 of 19

Revised 1/1/98

## Schedule C
## Real Property

| Description | Cost | Market Value |
|---|---|---|
| None Applicable | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| CSG Masters & Sub-Masters | $5,000 | $750 |
| CSG Images | $15,000 | $850 |
| CSG Films [Completed, Released] | $3,357,132 | $428,393 |
| CSG Website Assets | $1,000 | $0 |
| Total | $3,378,132 | $429,993 |
| | | |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| | | |
| Office Equipment - | | |
| Office Equipment | $36,272 | $1,435 |
| Office Hardware & Software | $33,547 | $4,635 |
| Total | $69,819 | $6,070 |
| | | |
| Leasehold Improvements - | | |
| Leasehold Improvements | $7,208 | $0 |
| Legal Fees | $23,000 | $4,685 |
| Total | $30,208 | $4,685 |
| | | |
| Vehicles - | | |
| Automotive Equipment | $31,473 | $11,798 |
| Total | $31,473 | $11,798 |

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $5,925 | | | | $5,925 |
| FICA - Employee | $2,196 | | | | $2,196 |
| FICA - Employer | $2,196 | | | | $2,196 |
| Unemployment (FUTA) | $0 | | | | $0 |
| Income | $0 | | | | $0 |
| Other (Attach List) | $0 | | | | $0 |
| **Total Federal Taxes** | $10,317 | $0 | $0 | $0 | $10,317 |
| **State and Local** | | | | | |
| Income Tax Withholding | $2,253 | | | | $2,253 |
| Unemployment (UT) | $0 | | | | $0 |
| Disability Insurance (DI) | $390 | | | | $390 |
| Empl. Training Tax (ETT) | $0 | | | | $0 |
| Sales | $368 | | | | $368 |
| Excise | $0 | | | | $0 |
| Real property | $0 | | | | $0 |
| Personal property | $0 | | | | $0 |
| Income | $0 | | | | $0 |
| Other (Attach List) | $0 | | | | $0 |
| **Total State & Local Taxes** | $3,011 | $0 | $0 | $0 | $3,011 |
| **Total Taxes** | $13,328 | $0 | $0 | $0 | $13,328 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $1,485,000 | $1,485,000 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $743,842 | $743,842 |
| General unsecured claims | $655,620 | $655,620 |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
### Not applicable to General Business Cases

## Schedule H
## Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Sonoma Valley Bnk | | | |
| Account Type | DIP/Checking | | | |
| Account No. | 8409 | | | |
| Account Purpose | Operations | | | |
| Balance, End of Month | $13,849 | | | |
| Total Funds on Hand for all Accounts | $13,849 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 07/31/10

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $117,533 | $216,423 |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $117,533 | $216,423 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | $5,854 | $23,917 |
| 14 | Selling | $107 | $1,089 |
| 15 | Administrative | $13,554 | $25,175 |
| 16 | Capital Expenditures | $44,365 | $73,708 |
| 17 | Principal Payments on Debt | $0 | $0 |
| 18 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | |
| 19 | Personal Property | $0 | $0 |
| 20 | Real Property | $0 | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | $0 | $1,077 |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | $24,461 | $47,856 |
| 27 | Management Fees | $0 | $0 |
| | Taxes: | | |
| 28 | Employee Withholding | | |
| 29 | Employer Payroll Taxes | $5,967 | $5,967 |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | $0 | $1,513 |
| 32 | Other Cash Outflows: | | |
| 33 | Hardware and Software Expenses & Service | $783 | $4,471 |
| 34 | Insurance | $752 | $8,488 |
| 35 | Check(s) [in Transit] | $13,465 | |
| 36 | | | |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $109,307 | $193,262 |
| 39 | Net Increase (Decrease) in Cash | $8,226 | $23,161 |
| 40 | Cash Balance, Beginning of Period | $5,623 | $4,153 |
| 41 | Cash Balance, End of Period | $13,849 | $27,314 |

Case: 10-12153   Doc# 45   Filed: 08/23/10   Entered: 08/23/10 11:43:42   Page 8 of 19

Revised 1/1/98

# SONOMA VALLEY BANK

202 WEST NAPA STREET
SONOMA CALIFORNIA
95476

PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P O BOX 1550
BOYES HOT SPRINGS, CA 95416

7-31-10
PAGE 1

```
********   ALL SVB NON-INTEREST AND INTEREST EARNING CHECKING     ******
********   ACCOUNTS ARE FULLY INSURED BY THE FDIC TO THE FULL     ******
********   ACCOUNT BALANCE.  ALL OTHER ACCOUNTS ARE INSURED FOR   ******
********   AT LEAST $250,000 BASED UPON COMBINED ACCOUNT VESTING. ******
```

165 840 9    BUSINESS ANALYSIS BANKRUPTCY      ENCLOSURE COUNT    56

```
Previous Balance      6-30-10              5,623.05
+Deposits/Credits        62               122,818.89
-Checks/Debits          144               114,537.07
-Service Charge                                55.62
+Interest Paid                                   .00
Current Balance                            13,849.25
```

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6-30 | 5623.05 | 7-01 | 7334.24 | 7-02 | 238.27 |
| 7-06 | 13990.89 | 7-07 | 10840.89 | 7-08 | 2485.32 |
| 7-09 | 1482.13 | 7-12 | 4740.54 | 7-13 | 5217.45 |
| 7-14 | 928.90 | 7-15 | 11085.54 | 7-16 | 9758.19 |
| 7-19 | 7761.84 | 7-20 | 5082.95 | 7-21 | 5496.05 |
| 7-22 | 4397.21 | 7-23 | 17876.91 | 7-26 | 12142.24 |
| 7-27 | 10179.37 | 7-28 | 9634.55 | 7-29 | 7858.25 |
| 7-30 | 13904.87 | 7-31 | 13849.25 | | |

### PAPER-LESS AND OTHER DESCRIPTIVE ENTRIES

| Date | Tracer | Description | Amount |
|---|---|---|---|
| 7-01 | 19181 | AMERICAN EXPRESS SETTLEMENT<br>PROWEST MED15048704191 | 1518.06 |
| 7-01 | 2182 | BANKCARD          MTOT DEP<br>PROWEST MEDIA CORP. | 414.31 |
| 7-01 | 2182 | BANKCARD          DISCOUNT<br>PROWEST MEDIA CORP. | 15.70- |
| 7-01 | 2182 | PAYPAL            INST XFER<br>TOM SETTLE | 5.98- |
| 7-02 | 2183 | BANKCARD          MTOT DEP<br>PROWEST MEDIA CORP. | 2190.26 |
| 7-02 | 2183 | Payroll           PAYROLL<br>PROWEST MEDIA CORPORAT | 1092.96- |
| 7-02 | 2183 | Payroll           PAYROLL<br>PROWEST MEDIA CORPORAT | 1071.94- |
| 7-02 | 2183 | Payroll           PAYROLL<br>PROWEST MEDIA CORPORAT | 957.44- |
| 7-02 | 2183 | Payroll           PAYROLL<br>PROWEST MEDIA CORPORAT | 942.74- |
| 7-02 | 2183 | Payroll           PAYROLL<br>PROWEST MEDIA CORPORAT | 762.54- |
| 7-02 | 2183 | ENDICIA-USPS POS ONLINE PMT<br>SETTLE TOM | 300.00- |
| 7-02 | 2183 | ENDICIA-USPS POS ONLINE PMT | 300.00- |

Case: 10-12153   Doc# 45   Filed: 08/23/10   Entered: 08/23/10 11:43:42   Page 9 of 19

# SONOMA VALLEY BANK

202 WEST NAPA STREET
SONOMA CALIFORNIA
95476

PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P O BOX 1550
BOYES HOT SPRINGS, CA 95416

7-31-10
PAGE    2

```
*********   ALL SVB NON-INTEREST AND INTEREST EARNING CHECKING    ******
*********   ACCOUNTS ARE FULLY INSURED BY THE FDIC TO THE FULL    ******
*********   ACCOUNT BALANCE.  ALL OTHER ACCOUNTS ARE INSURED FOR  ******
*********   AT LEAST $250,000 BASED UPON COMBINED ACCOUNT VESTING.******
                          SETTLE TOM
7-02          2183        BANKCARD        DISCOUNT             83.00-
                          PROWEST MEDIA CORP.
7-06                      DEPOSIT                           24500.00
7-06                      DEPOSIT                              25.45
7-06          1187        BANKCARD        MTOT DEP           1839.87
                          PROWEST MEDIA CORP.
7-06          1187        BANKCARD        MTOT DEP            700.13
                          PROWEST MEDIA CORP.
7-06          1187        BANKCARD        MTOT DEP            609.42
                          PROWEST MEDIA CORP.
7-06         19183        AMERICAN EXPRESS SETTLEMENT          257.46
                          PROWEST MEDI5048704191
7-06          1187        AMERICAN EXPRESS SETTLEMENT          113.39
                          PROWEST MEDI5048704191
7-06          1187        AMAZON.COM      Retail dis           25.03
                          Prowest Media Corporat
7-06          1187        U. P. S.        UPS BILL          4000.00-
                          PROWEST MEDIA CORPORAT
7-06          1187        U. P. S.        UPS BILL          1341.71-
                          PROWEST MEDIA CORPORAT
7-06          1187        BANKCARD        MTOT DISC          894.82-
                          PROWEST MEDIA CORP.
7-06          1187        Payroll         PAYROLL            250.00-
                          PROWEST MEDIA CORPORAT
7-06          1187        BANKCARD        DISCOUNT            69.74-
                          PROWEST MEDIA CORP.
7-06          1187        BANKCARD        DISCOUNT            26.54-
                          PROWEST MEDIA CORP.
7-06          1187        BANKCARD        DISCOUNT            23.10-
                          PROWEST MEDIA CORP.
7-08          1189        BANKCARD        MTOT DEP           7237.73
                          PROWEST MEDIA CORP.
7-08          2189        ENDICIA-USPS POS ONLINE PMT         300.00-
                          SETTLE TOM
7-08          2189        ENDICIA-USPS POS ONLINE PMT         300.00-
                          SETTLE TOM
7-08          1189        BANKCARD        DISCOUNT           274.31-
                          PROWEST MEDIA CORP.
7-08          2189        ENDICIA-USPS POS ONLINE PMT          50.00-
                          SETTLE TOM
7-08          2189        PAYPAL          INST XFER             .99-
                          TOM SETTLE
7-08            36        Outgoing Wire 21433              13968.00-
7-09          1190        BANKCARD        MTOT DEP           2344.41
                          PROWEST MEDIA CORP.
```

Case: 10-12153   Doc# 45   Filed: 08/23/10   Entered: 08/23/10 11:43:42   Page 10 of 19



**SONOMA VALLEY BANK**
202 WEST NAPA STREET
SONOMA CALIFORNIA 95476



PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P O BOX 1550
BOYES HOT SPRINGS, CA 95416

7-31-10
PAGE 3

```
********   ALL SVB NON-INTEREST AND INTEREST EARNING CHECKING    ******
********   ACCOUNTS ARE FULLY INSURED BY THE FDIC TO THE FULL    ******
********   ACCOUNT BALANCE.  ALL OTHER ACCOUNTS ARE INSURED FOR  ******
********   AT LEAST $250,000 BASED UPON COMBINED ACCOUNT VESTING.******
```

| Date | Ref | Description | Amount |
|---|---|---|---|
| 7-09 | 19189 | AMERICAN EXPRESS SETTLEMENT PROWEST MEDI5048704191 | 1441.80 |
| 7-09 | 2190 | AT&T PAYMENT TOM SETTLE | 1072.36- |
| 7-09 | 2190 | ENDICIA-USPS POS ONLINE PMT SETTLE TOM | 300.00- |
| 7-09 | 13189 | U. P. S. UPS BILL PROWEST MEDIA CORPORAT | 145.49- |
| 7-09 | 1190 | BANKCARD DISCOUNT PROWEST MEDIA CORP. | 88.85- |
| 7-12 | | DEPOSIT | 45.40 |
| 7-12 | 1193 | BANKCARD MTOT DEP PROWEST MEDIA CORP. | 7099.31 |
| 7-12 | 1193 | AMERICAN EXPRESS SETTLEMENT PROWEST MEDI5048704191 | 5249.24 |
| 7-12 | 1193 | BANKCARD MTOT DEP PROWEST MEDIA CORP. | 1412.68 |
| 7-12 | 19190 | AMERICAN EXPRESS SETTLEMENT PROWEST MEDI5048704191 | 107.03 |
| 7-12 | 1193 | AMAZON.COM Retail dis Prowest Media Corporat | 29.28 |
| 7-12 | 1193 | Payroll PAYROLL PROWEST MEDIA CORPORAT | 1092.97- |
| 7-12 | 1193 | Payroll PAYROLL PROWEST MEDIA CORPORAT | 1071.95- |
| 7-12 | 1193 | Payroll PAYROLL PROWEST MEDIA CORPORAT | 957.44- |
| 7-12 | 1193 | Payroll PAYROLL PROWEST MEDIA CORPORAT | 942.73- |
| 7-12 | 1193 | Payroll PAYROLL PROWEST MEDIA CORPORAT | 762.55- |
| 7-12 | 1193 | BANKCARD DISCOUNT PROWEST MEDIA CORP. | 269.07- |
| 7-12 | 1193 | Payroll PAYROLL PROWEST MEDIA CORPORAT | 250.00- |
| 7-12 | 1193 | AUTHNET GATEWAY BILLING PROWEST MEDIA CORPORAT | 59.05- |
| 7-12 | 1193 | BANKCARD DISCOUNT PROWEST MEDIA CORP. | 53.53- |
| 7-12 | 1193 | ENDICIA-USPS POS ONLINE PMT SETTLE TOM | 50.00- |
| 7-13 | 1194 | BANKCARD MTOT DEP PROWEST MEDIA CORP. | 1561.47 |
| 7-13 | 2194 | ENDICIA-USPS POS ONLINE PMT SETTLE TOM | 300.00- |
| 7-13 | 2194 | AT&T PAYMENT | 230.30- |

Case: 10-12153   Doc# 45   Filed: 08/23/10   Entered: 08/23/10 11:43:42   Page 11 of 19



**SONOMA VALLEY BANK**
202 WEST NAPA STREET
SONOMA CALIFORNIA 95476

PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P O BOX 1550
BOYES HOT SPRINGS, CA 95416

7-31-10
PAGE 4

```
*********   ALL SVB NON-INTEREST AND INTEREST EARNING CHECKING    ******
*********   ACCOUNTS ARE FULLY INSURED BY THE FDIC TO THE FULL    ******
*********   ACCOUNT BALANCE.  ALL OTHER ACCOUNTS ARE INSURED FOR  ******
*********   AT LEAST $250,000 BASED UPON COMBINED ACCOUNT VESTING.******
                            TEMPORARYACCOUNTNAME
    7-13         1194       BANKCARD          DISCOUNT              59.17-
                            PROWEST MEDIA CORP.
    7-14         1195       BANKCARD          MTOT DEP            2455.13
                            PROWEST MEDIA CORP.
    7-14        19194       AMERICAN EXPRESS SETTLEMENT            142.34
                            PROWEST MEDI5048704191
    7-14         1195       PUW CO-OP         PUWC PYMT           1066.74-
                            SETTLE, TOM
    7-14         2195       ENDICIA-USPS POS ONLINE PMT            300.00-
                            SETTLE TOM
    7-14         1195       BANKCARD          DISCOUNT              93.04-
                            PROWEST MEDIA CORP.
    7-15           29       Incoming Wire 3097359                 9980.00
    7-15         1196       BANKCARD          MTOT DEP             496.57
                            PROWEST MEDIA CORP.
    7-15        19195       AMERICAN EXPRESS SETTLEMENT             95.95
                            PROWEST MEDI5048704191
    7-15         2196       PAYPAL            INST XFER             42.00-
                            TOM SETTLE
    7-15         1196       BANKCARD          DISCOUNT              18.82-
                            PROWEST MEDIA CORP.
    7-16         2197       BANKCARD          MTOT DEP            2089.54
                            PROWEST MEDIA CORP.
    7-16        19196       AMERICAN EXPRESS SETTLEMENT            157.44
                            PROWEST MEDI5048704191
    7-16        13196       U. P. S.          UPS BILL             270.56-
                            PROWEST MEDIA CORPORAT
    7-16         2197       ATT               Payment              142.58-
                            Prowest Media Corporat
    7-16         2197       BANKCARD          DISCOUNT              79.20-
                            PROWEST MEDIA CORP.
    7-16         2197       PAYPAL            INST XFER             18.00-
                            TOM SETTLE
    7-16         2197       PAYPAL            INST XFER             13.99-
                            TOM SETTLE
    7-19                    DEPOSIT                                534.59
    7-19                    DEPOSIT                                 29.07
    7-19         2200       BANKCARD          MTOT DEP            1815.30
                            PROWEST MEDIA CORP.
    7-19         1200       BANKCARD          MTOT DEP             519.30
                            PROWEST MEDIA CORP.
    7-19         1200       AMERICAN EXPRESS SETTLEMENT            278.38
                            PROWEST MEDI5048704191
    7-19        19197       AMERICAN EXPRESS SETTLEMENT             56.46
                            PROWEST MEDI5048704191
```

Case: 10-12153   Doc# 45   Filed: 08/23/10   Entered: 08/23/10 11:43:42   Page 12 of 19

# SONOMA VALLEY BANK

202 WEST NAPA STREET
SONOMA CALIFORNIA
95476

PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P O BOX 1550
BOYES HOT SPRINGS, CA 95416

7-31-10
PAGE 5

```
*********    ALL SVB NON-INTEREST AND INTEREST EARNING CHECKING      ******
*********    ACCOUNTS ARE FULLY INSURED BY THE FDIC TO THE FULL       ******
*********    ACCOUNT BALANCE.  ALL OTHER ACCOUNTS ARE INSURED FOR     ******
*********    AT LEAST $250,000 BASED UPON COMBINED ACCOUNT VESTING.   ******
```

| Date | Code | Description | Amount |
|---|---|---|---|
| 7-19 | 1200 | AMAZON.COM         Retail dis | 19.08 |
| | | Prowest Media Corporat | |
| 7-19 | 1200 | Payroll            PAYROLL | 1092.96- |
| | | PROWEST MEDIA CORPORAT | |
| 7-19 | 1200 | Payroll            PAYROLL | 1071.94- |
| | | PROWEST MEDIA CORPORAT | |
| 7-19 | 1200 | Payroll            PAYROLL | 957.45- |
| | | PROWEST MEDIA CORPORAT | |
| 7-19 | 1200 | Payroll            PAYROLL | 942.73- |
| | | PROWEST MEDIA CORPORAT | |
| 7-19 | 1200 | Payroll            PAYROLL | 762.54- |
| | | PROWEST MEDIA CORPORAT | |
| 7-19 | 1200 | ENDICIA-USPS POS ONLINE PMT | 300.00- |
| | | SETTLE TOM | |
| 7-19 | 2200 | BANKCARD           DISCOUNT | 68.80- |
| | | PROWEST MEDIA CORP. | |
| 7-19 | 13197 | U. P. S.           UPS BILL | 30.59- |
| | | 000000640825374 | |
| 7-19 | 1200 | BANKCARD           DISCOUNT | 19.69- |
| | | PROWEST MEDIA CORP. | |
| 7-19 | 13197 | U. P. S.           UPS BILL | 1.83- |
| | | 000000646430155 | |
| 7-19 | 13197 | SPRINT8006396111 ACHBILLPAY | |
| | | THOMAS SETTLE | |
| 7-20 | 2201 | BANKCARD           MTOT DEP | 423.48 |
| | | PROWEST MEDIA CORP. | |
| 7-20 | 13200 | U. P. S.           UPS BILL | 538.83- |
| | | PROWEST MEDIA CORPORAT | |
| 7-20 | 2201 | ENDICIA-USPS POS ONLINE PMT | 300.00- |
| | | SETTLE TOM | |
| 7-20 | 2201 | Payroll Service Fee | 47.49- |
| | | Settle, Tom | |
| 7-20 | 2201 | BANKCARD           DISCOUNT | 16.05- |
| | | PROWEST MEDIA CORP. | |
| 7-21 | 1202 | BANKCARD           MTOT DEP | 3027.86 |
| | | PROWEST MEDIA CORP. | |
| 7-21 | 1202 | BANKCARD           DISCOUNT | 114.76- |
| | | PROWEST MEDIA CORP. | |
| 7-22 | | DEPOSIT | 71.95 |
| 7-22 | | DEPOSIT | 45.40 |
| 7-22 | 34 | Incoming Wire 3128182 | 6324.17 |
| 7-22 | 2203 | WMM HOLDINGS CRP COMMISSION | 1986.22 |
| | | PROWEST MEDIA CORP | |
| 7-22 | 1203 | BANKCARD           MTOT DEP | 1222.63 |
| | | PROWEST MEDIA CORP | |
| 7-22 | 34 | Incoming Wire 3125260 | 425.00 |

Case: 10-12153   Doc# 45   Filed: 08/23/10   Entered: 08/23/10 11:43:42   Page 13 of 19

# SONOMA VALLEY BANK 

202 WEST NAPA STREET
SONOMA CALIFORNIA
  95476

PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P O BOX 1550
BOYES HOT SPRINGS, CA 95416



7-31-10
PAGE    6

```
********     ALL SVB NON-INTEREST AND INTEREST EARNING CHECKING    ******
********     ACCOUNTS ARE FULLY INSURED BY THE FDIC TO THE FULL    ******
********     ACCOUNT BALANCE.  ALL OTHER ACCOUNTS ARE INSURED FOR  ******
********     AT LEAST $250,000 BASED UPON COMBINED ACCOUNT VESTING. ******

7-22         2203     Zinio LLC         Zinio                    74.90
                      COLT Studio Group
7-22         1203     BANKCARD          DISCOUNT                 49.11-
                      PROWEST MEDIA CORP.
7-23           31     Incoming Wire 3135250                   15236.30
7-23         1204     BANKCARD          MTOT DEP                258.65
                      PROWEST MEDIA CORP.
7-23        19203     AMERICAN EXPRESS SETTLEMENT               188.90
                      PROWEST MEDI5048704191
7-23        13203     U. P. S.          UPS BILL               1144.35-
                      PROWEST MEDIA CORPORAT
7-23         2204     ENDICIA-USPS POS ONLINE PMT                50.00-
                      SETTLE TOM
7-23         1204     BANKCARD          DISCOUNT                  9.80-
                      PROWEST MEDIA CORP.
7-26         1207     BANKCARD          MTOT DEP                2899.60
                      PROWEST MEDIA CORP.
7-26        19204     AMERICAN EXPRESS SETTLEMENT               951.15
                      PROWEST MEDI5048704191
7-26         1207     AMERICAN EXPRESS SETTLEMENT               498.82
                      PROWEST MEDI5048704191
7-26         2207     BANKCARD          MTOT DEP                250.84
                      PROWEST MEDIA CORP.
7-26         1207     AMAZON.COM        Retail dis               26.73
                      Prowest Media Corporat
7-26         1207     Payroll           PAYROLL                1092.96-
                      PROWEST MEDIA CORPORAT
7-26         1207     Payroll           PAYROLL                1071.94-
                      PROWEST MEDIA CORPORAT
7-26         1207     Payroll           PAYROLL                 957.44-
                      PROWEST MEDIA CORPORAT
7-26         1207     Payroll           PAYROLL                 942.74-
                      PROWEST MEDIA CORPORAT
7-26         2207     AT&T              PAYMENT                 800.27-
                      TOM SETTLE
7-26         1207     Payroll           PAYROLL                 762.56-
                      PROWEST MEDIA CORPORAT
7-26         1207     Payroll           PAYROLL                 250.00-
                      PROWEST MEDIA CORPORAT
7-26         1207     BANKCARD          DISCOUNT                109.90-
                      PROWEST MEDIA CORP.
7-26         2207     BANKCARD          DISCOUNT                 10.08-
                      PROWEST MEDIA CORP.
7-26        13204     SAFECO INSURANCE INS PREM
                      JOHN B RUTHERFORD
7-27         1208     BANKCARD          MTOT DEP               1249.34
```



# SONOMA VALLEY BANK

202 WEST NAPA STREET
SONOMA CALIFORNIA
95476



PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P O BOX 1550
BOYES HOT SPRINGS, CA 95416

7-31-10
PAGE    7

```
*********   ALL SVB NON-INTEREST AND INTEREST EARNING CHECKING    ******
*********   ACCOUNTS ARE FULLY INSURED BY THE FDIC TO THE FULL    ******
*********   ACCOUNT BALANCE.  ALL OTHER ACCOUNTS ARE INSURED FOR  ******
*********   AT LEAST $250,000 BASED UPON COMBINED ACCOUNT VESTING.******
```

|  |  | | |
|---|---|---|---|
| 7-27 | 13207 | PROWEST MEDIA CORP.<br>SAFECO INS. CO.   WEB PAYMNT | 364.37- |
| 7-27 | 2208 | PROWEST MEDIA CORPORAT<br>ENDICIA-USPS POS ONLINE PMT<br>SETTLE TOM | 300.00- |
| 7-27 | 2208 | ENDICIA-USPS POS ONLINE PMT<br>SETTLE TOM | 300.00- |
| 7-27 | 1208 | BANKCARD          DISCOUNT | 47.84- |
| 7-28 |  | PROWEST MEDIA CORP.<br>DEPOSIT | 331.06 |
| 7-28 |  | DEPOSIT | 118.95 |
| 7-28 | 2209 | BANKCARD          MTOT DEP | 786.25 |
| 7-28 | 19208 | PROWEST MEDIA CORP.<br>AMERICAN EXPRESS SETTLEMENT | 248.72 |
| 7-28 | 2209 | PROWEST MEDI5048704191<br>BANKCARD          DISCOUNT | 29.80- |
| 7-29 |  | PROWEST MEDIA CORP.<br>DEPOSIT | 104.40 |
| 7-29 | 1210 | BANKCARD          MTOT DEP | 643.70 |
| 7-29 | 1210 | PROWEST MEDIA CORP.<br>BANKCARD          DISCOUNT | 24.40- |
| 7-30 |  | PROWEST MEDIA CORP.<br>DEPOSIT | 7546.14 |
| 7-30 | 1211 | BANKCARD          MTOT DEP | 480.93 |
| 7-30 | 19210 | PROWEST MEDIA CORP.<br>AMERICAN EXPRESS SETTLEMENT | 5.92 |
| 7-30 | 13210 | PROWEST MEDI5048704191<br>U. P. S.           UPS BILL | 1236.50- |
| 7-30 | 1211 | PROWEST MEDIA CORPORAT<br>BANKCARD          DISCOUNT | 19.73- |
| 7-31 | 999 | PROWEST MEDIA CORP.<br>SERVICE CHARGE | 55.62- |

```
*- - - - - - - - - - - -CHECKS PAID- - - - - - - - - - - - - -*
   No.   Date      Amount          No.   Date      Amount
   7004   7-02      300.00          7034   7-07     1000.00
   7005   7-06     3857.62          7035   7-12     1000.00
   7018*  7-02      750.00          7037*  7-14     2628.66
   7022*  7-02     1575.61          7038   7-02      350.00
   7023   7-06      875.00          7039   7-08      700.00
   7027*  7-20      500.00          7041*  7-06      590.98
   7028   7-15      107.12          7042   7-12      527.50
   7029   7-01      199.50          7043   7-12      110.26
   7031*  7-02      200.00          7044   7-09       82.70
   7032   7-06      138.62          7045   7-06     1850.00
   7033   7-02      600.00          7046   7-07     1850.00
```

Case: 10-12153   Doc# 45   Filed: 08/23/10   Entered: 08/23/10 11:43:42   Page 15 of 19

# SONOMA VALLEY BANK

202 WEST NAPA STREET
SONOMA CALIFORNIA
95476

PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P O BOX 1550
BOYES HOT SPRINGS, CA 95416

7-31-10
PAGE 8

```
********   ALL SVB NON-INTEREST AND INTEREST EARNING CHECKING    ******
********   ACCOUNTS ARE FULLY INSURED BY THE FDIC TO THE FULL    ******
********   ACCOUNT BALANCE.  ALL OTHER ACCOUNTS ARE INSURED FOR  ******
********   AT LEAST $250,000 BASED UPON COMBINED ACCOUNT VESTING.******

7047   7-07      300.00        7068    7-27     1000.00
7048   7-12      387.48        7069    7-26      500.00
7049   7-16     1200.00        7070    7-15      247.94
7050   7-27     1200.00        7071    7-16     1500.00
7053*  7-14     1208.00        7072    7-16      350.00
7054   7-13      495.09        7075*   7-26      478.30
7055   7-09     2750.00        7076    7-26      235.62
7056   7-09      350.00        7077    7-23      500.00
7058*  7-12     1300.00        7079*   7-28     2000.00
7059   7-12     1500.00        7083*   7-30      475.00
7060   7-12      350.00        7084    7-30      255.14
7061   7-22    11200.00        7085    7-29     2500.00
7063*  7-21     2400.00          *     7-26      300.00
7064   7-20     1700.00          *     7-26     1850.00
7065   7-14     1200.00          *     7-23      500.00
7066   7-14      389.58          *     7-21      100.00
7067   7-26     1000.00          *     7-06      400.00
```

```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtor
 5

 6              UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 7
     IN RE:                        CASE No. 10-12153
 8
                                   CHAPTER 11
 9   PROWEST MEDIA CORPORATION,

10
            Debtor.            /   CERTIFICATE OF SERVICE
11
```

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On August 23, 2010, I served a copy of the MONTHLY OPERATING REPORT, MONTH ENDED 7/31/10 on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

(See attached)

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2010, Santa Rosa, California.

>                    _/s/ Jane F. Kamas_
>                    JANE F. KAMAS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-1<br>Case 10-12153<br>Northern District of California<br>Santa Rosa<br>Mon Aug 23 09:51:39 PDT 2010 | A Bright Printing<br>346 9th St.<br>San Francisco, CA 94103-3809 | BAOL, sro<br>Gorkeho 11<br>SK-81103<br>Bratislava, SLOVAKIA |
| Bay Area Video Coalition<br>2727 Mariposa St., 2nd Fl.<br>San Francisco, CA 94110-1401 | Blue Cross of California<br>P.O. Box 4194<br>Woodland Hills, CA 91365-4194 | Breene Graphics<br>9510 Vassar Ave.<br>Chatsworth, CA 91311-4141 |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | California Exotic Novelties, LLC<br>c/o Labowe, Labowe & Hoffman, LLP<br>1631 W. Beverly Blvd.<br>2nd Floor<br>Los Angeles, CA 90026-5710 | David N. Chandler<br>Law Offices of David N. Chandler<br>1747 4th St.<br>Santa Rosa, CA 95404-3601 |
| EDD<br>State of California<br>Bankruptcy Unit - MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | FedEx<br>3965 Airways, Module G<br>Memphis, TN 38116 | R. James Fisher<br>2 Padre Parkway, Suite 300<br>Rohnert Park, CA 94928-2116 |
| Franchise Tax Board<br>Bankruptcy Group<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | FutureWorks<br>c/o Michael V. Mahoney<br>595 Market St., Ste. 1350<br>San Francisco, CA 94105-2825 | Timothy Hoffman, Trustee<br>c/o Ray H. Olmstead<br>P.O. Box 15031<br>Santa Rosa, CA 95402-7031 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Incubus Entertainment<br>512 Jersey St.<br>San Francisco, CA 94114-3613 | Internap, LLC<br>250 Williams St.<br>Atlanta, GA 30303-1032 |
| Jim French Studios, Inc.<br>c/o MacConaghy & Barnier, PLC<br>645 First St. West<br>Sonoma, CA 95476-7040 | Richard W. Labowe<br>Labowe, Labowe and Hoffman<br>1631 W Beverly Blvd. 2nd Fl.<br>Los Angeles, CA 90026-5710 | Law Offices of R. James Fisher<br>2 Padre Pkwy., Ste. 300<br>Rohnert Park, CA 94928-2116 |
| John H. MacConaghy<br>MacConaghy and Barnier<br>645 1st St. W  #D<br>Sonoma, CA 95476-7044 | Mansion Productions, Inc.<br>P.O. Box 452254<br>Los Angeles, CA 90045-8529 | Office of the U.S. Trustee / SR<br>235 Pine Street<br>Suite 700<br>San Francisco, CA 94104-2736 |
| Ray H. Olmstead<br>Law Offices of Ray H. Olmstead<br>P.O. Box 15031<br>Santa Rosa, CA 95402-7031 | Palace Press<br>3160 Kerner Blvd., Unit 108<br>San Rafael, CA 94901-5454 | Paladin Video, Inc.<br>6750 Boulder Hwy.<br>Las Vegas, NV 89122-7467 |
| Prowest Media Corporation<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 | Rob Casale<br>aka Martin Kramer<br>27841 Persimmon, #44<br>Mission Viejo, CA 92691-6657 | Tom Settle<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 |

| | | |
|---|---|---|
| Stan Loeb<br>6750 Boulder Hwy.<br>Las Vegas, NV 89122-7467 | Stone & Stone, LLP<br>15281 Ventura Blvd., Ste. 245<br>Encino, CA 91403 | VS International<br>828 Chester St.<br>Oakland, CA 94607-1924 |
| Winthrop Properties, Inc.<br>7 Bulfinch Pl., Ste. 500<br>P.O. Box 9507<br>Boston, MA 02114-9507 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | End of Label Matrix<br>Mailable recipients   33<br>Bypassed recipients    0<br>Total                 33 |