```
1  MacCONAGHY & BARNIER, PLC
   JOHN H. MacCONAGHY, State Bar No. 83684
2  JEAN BARNIER, State Bar No. 231683
   645 First St. West
3  Sonoma, California 95476
   Telephone: (707) 935-3205
4  Facsimile: (707) 935-7051
   Email:    macclaw@macbarlaw.com
5
6  Attorneys for Secured Creditor
   JIM FRENCH STUDIOS, INC.
7
```

FILED
AUG 27 2010
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

PROWEST MEDIA CORPORATION,

        Debtor.

Case No. 10-12153
(Chapter 11)

ORDER FOR EXAMINATION PURSUANT TO BANKRUPTCY RULE 2004
[ Documents, Electronically Stored Business Records, and Business Premises of Debtor]

On consideration of the Motion for Order for Examination of the Debtor by Secured Creditor Jim French Studios, Inc., and good cause appearing:

IT IS HEREBY ORDERED that the Secured Creditor Jim French Studios, Inc., and its collateral agents, are authorized to inspect the Debtor's business premises at 120 Loma Vista Ave., Sonoma, CA on September 7, 2010 at 10:00 a.m, or at such time as is mutually agreeable to the Debtor and the Secured Creditor.

IT IS FURTHER ORDERED that the Secured Creditor Jim French Studios, Inc., and its collateral agents, are authorized to inspect the Debtor's business premises at 18350 First Ave., Boyes Hot Springs, CA on September 7, 2010 at 1:00 p.m, or at such time as is mutually

agreeable to the Debtor and the Secured Creditor.

IT IS FURTHER ORDERED that at the time of such inspection, the Debtor shall further produce for inspection and copying the documents, including electronically stored business records, identified in the accompanying motion, and shall further have onsite a knowledgeable officer or employee to access such electronically stored business records.

Dated: AUG 27 2010

GLORIA FRANKLIN, CLERK OF THE COURT

*Adrienne Paul*
By
Deputy Clerk