```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA  95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtor
 5
```

<pre>
 6                  UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
 7

 8   IN RE:                          CASE No. 10-12153

                                     CHAPTER 11
 9   PROWEST MEDIA CORPORATION,
                                     NOTICE OF HEARING ON
10                                   MOTION FOR PROTECTIVE ORDER
         Debtor.              /      Date:  October 1, 2010
11                                   Time:  9:00 a.m.
                                     Place: 99 South E St.
12                                          Santa Rosa, CA

13
</pre>

14      TO: JIM FRENCH STUDIOS, INC., JIM FRENCH, President, JOHN

15  MacCONAGHY, its attorney:

16      PLEASE TAKE NOTICE that a hearing will be held on the Motion of

17  PROWEST MEDIA CORPORATION for a Protective Order on October 1, 2010,

18  at the hour of 9:00 a.m., before the above entitled Court located at

19  99 South E Street, Santa Rosa, California.  The Motion is on file

20  with the Court.

21

22  Dated: 9/3/10                             DAVID N. CHANDLER, p.c.

23

24                                            By: /s/ David N. Chandler
                                              DAVID N. CHANDLER,
25                                            Attorney for Debtor

26

27

28