```
 1  David N. Chandler, Sr.   SBN 60780
    David N. Chandler, Jr.   SBN 235427
 2  DAVID N. CHANDLER, p.c.
    1747 Fourth Street
 3  Santa Rosa, CA   95404
    Telephone: (707) 528-4331
 4
    Attorneys for Debtor
 5
 6                  UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
 7
     IN RE:                         Case No. 10-12153
 8
                                    CHAPTER 11
 9   PROWEST MEDIA CORPORATION,
                                    NOTICE OF HEARING ON DISCLOSURE
10                                  STATEMENT AND FIXING TIME FOR
        DEBTOR.               /     FILING OBJECTIONS TO APPROVAL
11                                  OF DISCLOSURE STATEMENT AND FOR
                                    FILING PROOF OF CLAIMS
12                                  Date:   October 22, 2010
                                    Time:   9:00 a.m.
13                                  Place:  99 South E St.
                                            Santa Rosa, CA
14
```

15        TO:   ALL PARTIES IN INTEREST:

16        NOTICE IS HEREBY GIVEN that the Court will consider the approval

17   of the proposed Disclosure Statement filed by Debtor, on October 22,

18   2010, at the hour of 9:00 a.m. in the Courtroom of the above-entitled

19   Court located at 99 South E Street, Santa Rosa, California.

20        NOTICE IS FURTHER GIVEN that objections to the approval of the

21   Disclosure Statement must be filed with the Court and served upon

22   David N. Chandler, the twenty-largest creditors and the U.S. Trustee

23   at least seven (7) days before the date of the hearing fixed above.

24        Any creditor may request a copy, free of charge, from David N.

25   Chandler.  **THIS REQUEST MUST BE MADE IN WRITING**.

26        Specific reference is hereby made to Bankruptcy Code Section 1125

27   and Bankruptcy Rule 3017. Interested parties should review the

28   proposed Disclosure Statement and Plan and all papers on file for

further particulars.  The proposed Disclosure Statement and Plan may be reviewed at the office of the clerk of the bankruptcy court at 99 South E Street, Santa Rosa, California, or by Public Access to Court Electronic Records (PACER) at https://ecf.canb.uscourts.gov.  You may need to register for use of this service.  Registration information can be found at http://pacer.psc.uscourts.gov.

The Debtor has filed or will file a list of creditors and equity security holders pursuant to Rule 1007.  Any creditor holding a listed claim which is not listed as disputed, contingent or unliquidated as to amount may, but need not, file a proof of claim in this case. Creditors whose claims are not listed or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the case or share in any distribution must file their proofs of claim on or before the date first set for hearing on the Disclosure Statement.

Any creditor who desires to rely on the list has the responsibility for determining that he is accurately listed.

The purpose of the Disclosure Statement is to enable creditors and investors to make informed judgments about a reorganization plan. Upon final approval of the Disclosure Statement, a copy of the Statement will be mailed to all interested parties together with a copy or summary of the plan for reorganization of the debtor.

Dated:    9/10/10                        DAVID N. CHANDLER, p.c.


                                         By: */s/ David N. Chandler*
                                         DAVID N. CHANDLER,
                                         Attorney for Debtor

CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On September 10, 2010, I served a copy of the following documents: NOTICE OF HEARING ON DISCLOSURE STATEMENT AND FIXING TIME FOR FILING OBJECTIONS TO APPROVAL OF DISCLOSURE STATEMENT AND FOR FILING PROOF OF CLAIMS on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

(SEE ATTACHED)

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2010, Santa Rosa, California.

    /s/ Jane F. Kamas
JANE F. KAMAS

```
Label Matrix for local noticing          A Bright Printing                        A-3 Mobile, Inc.
0971-1                                   346 9th St.                              1630 Welton St., Ste. 400
Case 10-12153                            San Francisco, CA 94103-3809             Denver, CO 80202-4239
Northern District of California
Santa Rosa
Fri Sep 10 14:34:11 PDT 2010

BAOL, sro                                Bay Area Video Coalition                 Blue Cross of California
Gorkeho 11                               2727 Mariposa St., 2nd Fl.               P.O. Box 4194
SK-81103                                 San Francisco, CA 94110-1401             Woodland Hills, CA 91365-4194
Bratislava, SLOVAKIA


Breene Graphics                          Brixham Manufacturing, Ltd.              CA Employment Development Dept.
9510 Vassar Ave.                         Unit 1, Brixham Enterprise Estate        Bankruptcy Group MIC 92E
Chatsworth, CA 91311-4141                Rea Barn Road                            P.O. Box 826880
                                         Brixham, TQ5 9DF                         Sacramento, CA 94280-0001
                                         United Kingdom


CEN, LLC                                 California Exotic Novelties, LLC         California Exotic Novelties, LLC
P.O. Box 5108                            c/o Labowe, Labowe & Hoffman, LLP        14235 Ramona Ave.
Chino, CA 91708-5108                     1631 W. Beverly Blvd.                    Chino, CA 91710-5751
                                         2nd Floor
                                         Los Angeles, CA 90026-5710


David N. Chandler                        EDD                                      Entruphema, Inc. (Sureflix)
Law Offices of David N. Chandler         State of California                      229 Yonge St., Ste. 408
1747 4th St.                             Bankruptcy Unit - MIC 92E                Toronto, ON  M5B 1N9
Santa Rosa, CA 95404-3601                P.O. Box 826880                          CANADA
                                         Sacramento, CA 94280-0001


FedEx                                    FedEx Customer Information Services      R. James Fisher
3965 Airways, Module G                   FedEx Express/FedEx Ground               2 Padre Parkway, Suite 300
Memphis, TN 38116                        Attn: Revenue Recovery/Bankruptcy        Rohnert Park, CA 94928-2116
                                         3965 Airways Blvd., Module G, 3rd Floor
                                         Memphis, TN 38116-5017


Franchise Tax Board                      FutureWorks                              Timothy Hoffman, Trustee
Bankruptcy Group                         c/o Michael V. Mahoney                   c/o Ray H. Olmstead
P.O. Box 2952                            595 Market St., Ste. 1350                P.O. Box 15031
Sacramento, CA 95812-2952                San Francisco, CA 94105-2825             Santa Rosa, CA 95402-7031


(p)INTERNAL REVENUE SERVICE              Incubus Entertainment                    Internap, LLC
CENTRALIZED INSOLVENCY OPERATIONS        512 Jersey St.                           250 Williams St.
PO BOX 21126                             San Francisco, CA 94114-3613             Atlanta, GA 30303-1032
PHILADELPHIA PA 19114-0326


Jim French Studios                       Jim French Studios, Inc.                 John Rutherford
8001 Woodrow Wilson Dr.                  c/o MacConaghy & Barnier, PLC            P.O. Box 1550
Los Angeles, CA 90046-1116               645 First St. West                       Boyes Hot Springs, CA 95416-1550
                                         Sonoma, CA 95476-7040


Richard W. Labowe                        Law Offices of R. James Fisher           Lockerroom Marketing, Ltd.
Labowe, Labowe and Hoffman               2 Padre Pkwy., Ste. 300                  694 Derwent Way
1631 W Beverly Blvd. 2nd Fl.             Rohnert Park, CA 94928-2116              Delta, BC  V3M 5P8
Los Angeles, CA 90026-5710                                                        CANADA
```

| | | |
|---|---|---|
| John H. MacConaghy<br>MacConaghy and Barnier<br>645 1st St. W #D<br>Sonoma, CA 95476-7044 | Mansion Productions, Inc.<br>P.O. Box 452254<br>Los Angeles, CA 90045-8529 | Office of the U.S. Trustee / SR<br>235 Pine Street<br>Suite 700<br>San Francisco, CA 94104-2736 |
| Ray H. Olmstead<br>Law Offices of Ray H. Olmstead<br>P.O. Box 15031<br>Santa Rosa, CA 95402-7031 | Palace Press<br>3160 Kerner Blvd., Unit 108<br>San Rafael, CA 94901-5454 | Paladin Video, Inc.<br>6750 Boulder Hwy.<br>Las Vegas, NV 89122-7467 |
| Peter Buchanan<br>c/o Richard Francheschini<br>Ragghiati Freistas, LLP<br>874 4th St.<br>San Rafael, CA 94901-3246 | Prowest Media Corporation<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 | Rimer & Matthewson, LLP<br>One Embarcadero Center, Ste. 500<br>San Francisco, CA 94111-3610 |
| Rob Casale<br>aka Martin Kramer<br>27841 Persimmon, #44<br>Mission Viejo, CA 92691-6657 | Russell F. Rowen<br>Lippenberger Thompson, et al.<br>201 Tamal Vista Blvd.<br>Corte Madera, CA 94925-1190 | Sandra Stout<br>850 West Napa St.<br>Sonoma, CA 95476-6415 |
| Tom Settle<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 | Stan Loeb<br>6750 Boulder Hwy.<br>Las Vegas, NV 89122-7467 | Stone & Stone, LLP<br>15281 Ventura Blvd., Ste. 245<br>Encino, CA 91403 |
| TLA Entertainment, Inc.<br>234 Market St., 5th Fl.<br>Philadelphia, PA 19106-2816 | Thomas Settle<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 | Timothy Hoffman, Trustee<br>(In re Rutherford; 10-12045)<br>P.O. Box 1761<br>Sebastopol, CA 95473-1761 |
| Timothy Hoffman, Trustee<br>(In re Settle; 10-12044)<br>P.O. Box 1761<br>Sebastopol, CA 95473-1761 | Tom Settle<br>John Rutherford<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 | United Parcel Service<br>c/o Receivable Management Services<br>P.O. Box 4396<br>Timonium, MD 21094-4396 |
| VS International<br>828 Chester St.<br>Oakland, CA 94607-1924 | Winthrop Properties, Inc.<br>7 Bulfinch Pl., Ste. 500<br>P.O. Box 9507<br>Boston, MA 02114-9507 | Zubb Entertainment, Inc.<br>3300 Cote-Vertu, Ste. 406<br>Montreal, QC H4R 2B7<br>CANADA |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 | (d)IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114-0326 | End of Label Matrix<br>Mailable recipients   53<br>Bypassed recipients    0<br>Total                  53 |

Case: 10-12153   Doc# 51   Filed: 09/10/10   Entered: 09/10/10 18:02:51   Page 5 of 5