UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re )
) Case No. 10-12153
PROWEST MEDIA CORPORATION, ) (Chapter 11)
)
Debtor. ) **NOTICE OF HEARING ON**
_____) **MOTION TO CONVERT CASE TO**
**CHAPTER 7**

Date: 10/8/2010
Time: 9:00 a.m.
Santa Rosa Courtroom

    NOTICE IS HEREBY GIVEN that on October 8, 2010 at 9:00 a.m., or as soon thereafter as the matter can be heard, in the Courtroom of the Honorable Alan Jaroslovsky, United States Bankruptcy Judge, 99 South E Street, Santa Rosa, CA, 95404, a hearing will be held on the motion of Creditor Jim French Studios, Inc. to convert this Chapter 11 case to a proceeding under Chapter 7.

    This motion is made on the grounds that "cause" exists for conversion to Chapter 7, as defined by Bankruptcy Code Section 1112(b)(4), including (1) unauthorized use of cash collateral substantially harmful to the moving party, (2) there has been a continuing loss and diminution of the debtor's estate without a reasonable likelihood of rehabilitation, and (3) there is an inability to confirm a chapter 11 plan.

    To obtain a copy of the moving papers, please contact the undersigned. If you wish to oppose this motion, you should do so in writing, and file opposition with the Clerk of the Court and serve copies on (1) the undersigned counsel for the moving party, (2) David N. Chandler, Sr., Esq., 1747 Fourth St., Santa Rosa, CA 95402, counsel for the debtor, and (3) Office of the U.S. Trustee, U.S. Department of Justice, 235 Pine St., Ste. 700, San Francisco, CA 94104, within the time required by Local Rule 9014. Consult the Court's website at www.canb.uscourts.gov for requirements regarding the electronic filing of documents

Dated: September 17, 2010

/s/ John H. MacConaghy
John H. MacConaghy, State Bar No. 83684
MacConaghy & Barnier, PLC
645 First St. West
Sonoma, California 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
macclaw@macbarlaw.com
*Attorneys for Secured Creditor*
   *Jim French Studios, Inc.*

# DECLARATION OF SERVICE BY MAIL

I am a citizen of the United States, over the age of 18 years and not a party to the within action. My business address is 645 First St. West, Suite D, Sonoma, California 95476.

I caused to be served true and correct copies of the **NOTICE OF HEARING ON MOTION TO CONVERT CASE TO CHAPTER 7,** by causing said copies to be placed in the United States Mail at San Francisco, California on the date shown below, in a sealed envelope(s) with first-class postage prepaid, addressed to the person(s) below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Sonoma, California on September 17, 2010.


          /s/ Deena M. York
          Deena M. York


**[SEE ATTACHED LIST]**