```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 10-12153 |
| PROWEST MEDIA CORPORATION, | CHAPTER 11 |
| Debtor.            / | NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING POST PETITION RETAINER |
| | Date: November 12, 2010<br>Time: 9:00 a.m.<br>Place: 99 South E St.<br>       Santa Rosa, CA |

TO: ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held on the Motion of Prowest Media Corporation, Debtor herein, for Order Authorizing Post Petition Retainer on November 12, 2010 at the hour of 9:00 a.m. before the above entitled Court located at 99 South E Street, Santa Rosa, California.

Said Motion, on file with the Court, is made on the grounds that the retainer paid to David N. Chandler, p.c., in the amount of $25,000.00, was not received (honored by the payor bank) prior to the filing of the Petition.

Dated: 10/12/10                          DAVID N. CHANDLER, p.c.


                                         By: */s/ David N. Chandler*
                                         DAVID N. CHANDLER,
                                         Attorney for Debtor

CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On October 12, 2010, I served a copy of the following documents: NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING POST PETITION RETAINER on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

(SEE ATTACHED)

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2010, Santa Rosa, California.

/s/ Jane F. Kamas
JANE F. KAMAS

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-1<br>Case 10-12153<br>Northern District of California<br>Santa Rosa<br>Fri Oct  8 19:43:12 PDT 2010 | A Bright Printing<br>346 9th St.<br>San Francisco, CA 94103-3809 | A-3 Mobile, Inc.<br>1630 Welton St., Ste. 400<br>Denver, CO 80202-4239 |
| Athletic Model Guild LLC<br>3020 El Cerrito Plaza Ste 114<br>El Cerrito, CA 94530-4011 | BAOL, sro<br>Gorkeho 11<br>SK-81103<br>Bratislava, SLOVAKIA | Bay Area Video Coalition<br>2727 Mariposa St., 2nd Fl.<br>San Francisco, CA 94110-1401 |
| Blue Cross of California<br>P.O. Box 4194<br>Woodland Hills, CA 91365-4194 | Breene Graphics<br>9510 Vassar Ave.<br>Chatsworth, CA 91311-4141 | Brixham Manufacturing, Ltd.<br>Unit 1, Brixham Enterprise Estate<br>Rea Barn Road<br>Brixham, TQ5 9DF<br>United Kingdom |
| CA Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | CEN, LLC<br>P.O. Box 5108<br>Chino, CA 91708-5108 | California Exotic Novelties, LLC<br>c/o Labowe, Labowe & Hoffman, LLP<br>1631 W. Beverly Blvd.<br>2nd Floor<br>Los Angeles, CA 90026-5710 |
| California Exotic Novelties, LLC<br>14235 Ramona Ave.<br>Chino, CA 91710-5751 | David N. Chandler<br>Law Offices of David N. Chandler<br>1747 4th St.<br>Santa Rosa, CA 95404-3601 | EDD<br>State of California<br>Bankruptcy Unit - MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 |
| Entruphema, Inc. (Sureflix)<br>229 Yonge St., Ste. 408<br>Toronto, ON  M5B 1N9<br>CANADA | FedEx<br>3965 Airways, Module G<br>Memphis, TN 38116 | FedEx Customer Information Services<br>FedEx Express/FedEx Ground<br>Attn: Revenue Recovery/Bankruptcy<br>3965 Airways Blvd., Module G, 3rd Floor<br>Memphis, TN 38116-5017 |
| R. James Fisher<br>2 Padre Parkway, Suite 300<br>Rohnert Park, CA 94928-2116 | Franchise Tax Board<br>Bankruptcy Group<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | FutureWorks<br>c/o Michael V. Mahoney<br>595 Market St., Ste. 1350<br>San Francisco, CA 94105-2825 |
| Timothy Hoffman, Trustee<br>c/o Ray H. Olmstead<br>P.O. Box 15031<br>Santa Rosa, CA 95402-7031 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Incubus Entertainment<br>512 Jersey St.<br>San Francisco, CA 94114-3613 |
| Internap, LLC<br>250 Williams St.<br>Atlanta, GA 30303-1032 | Jim French Studios<br>8001 Woodrow Wilson Dr.<br>Los Angeles, CA 90046-1116 | Jim French Studios<br>c/o John H. MacConaghy<br>MacConaghy and Barnier PLC<br>645 First St. West<br>Sonoma, CA 95476-7040 |
| Jim French Studios, Inc.<br>c/o MacConaghy & Barnier, PLC<br>645 First St. West<br>Sonoma, CA 95476-7040 | John Rutherford<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 | Richard W. Labowe<br>Labowe, Labowe and Hoffman<br>1631 W Beverly Blvd. 2nd Fl.<br>Los Angeles, CA 90026-5710 |

| | | |
|---|---|---|
| Law Offices of R. James Fisher<br>2 Padre Pkwy., Ste. 300<br>Rohnert Park, CA 94928-2116 | Lockerroom Marketing, Ltd.<br>694 Derwent Way<br>Delta, BC  V3M 5P8<br>CANADA | John H. MacConaghy<br>MacConaghy and Barnier<br>645 1st St. W #D<br>Sonoma, CA 95476-7044 |
| Mansion Productions, Inc.<br>P.O. Box 452254<br>Los Angeles, CA 90045-8529 | Office of the U.S. Trustee / SR<br>235 Pine Street<br>Suite 700<br>San Francisco, CA 94104-2736 | Ray H. Olmstead<br>Law Offices of Ray H. Olmstead<br>P.O. Box 15031<br>Santa Rosa, CA 95402-7031 |
| Palace Press<br>3160 Kerner Blvd., Unit 108<br>San Rafael, CA 94901-5454 | Paladin Video, Inc.<br>6750 Boulder Hwy.<br>Las Vegas, NV 89122-7467 | Peter Buchanan<br>c/o Richard Francheschini<br>Ragghiati Freistas, LLP<br>874 4th St.<br>San Rafael, CA 94901-3246 |
| Prowest Media Corporation<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 | Rimer & Matthewson, LLP<br>One Embarcadero Center, Ste. 500<br>San Francisco, CA 94111-3610 | Rob Casale<br>aka Martin Kramer<br>27841 Persimmon, #44<br>Mission Viejo, CA 92691-6657 |
| Russell F. Rowen<br>Lippenberger Thompson, et al.<br>201 Tamal Vista Blvd.<br>Corte Madera, CA 94925-1190 | Sandra Stout<br>850 West Napa St.<br>Sonoma, CA 95476-6415 | Tom Settle<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 |
| Stan Loeb<br>6750 Boulder Hwy.<br>Las Vegas, NV 89122-7467 | Stone & Stone, LLP<br>15281 Ventura Blvd., Ste. 245<br>Encino, CA 91403 | TLA Entertainment, Inc.<br>234 Market St., 5th Fl.<br>Philadelphia, PA 19106-2816 |
| Thomas Settle<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 | Timothy Hoffman, Trustee<br>(In re Rutherford; 10-12045)<br>P.O. Box 1761<br>Sebastopol, CA 95473-1761 | Timothy Hoffman, Trustee<br>(In re Settle; 10-12044)<br>P.O. Box 1761<br>Sebastopol, CA 95473-1761 |
| Tom Settle<br>John Rutherford<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 | United Parcel Service<br>c/o Receivable Management Services<br>P.O. Box 4396<br>Timonium, MD 21094-4396 | VS International<br>828 Chester St.<br>Oakland, CA 94607-1924 |
| Winthrop Properties, Inc.<br>7 Bulfinch Pl., Ste. 500<br>P.O. Box 9507<br>Boston, MA 02114-9507 | Zubb Entertainment, Inc.<br>3300 Cote-Vertu, Ste. 406<br>Montreal, QC H4R 2B7<br>CANADA | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS                          (d)IRS                            End of Label Matrix
P.O. Box 21126               P.O. Box 21126                    Mailable recipients    55
Philadelphia, PA 19114       Philadelphia, PA 19114-0326       Bypassed recipients     0
                                                               Total                  55
```