# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: PROWEST MEDIA CORPORATION [Debtor]

Case No. ___10-12153___

CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: ___Nov-10___            PETITION DATE: ___06/03/10___

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in $1

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $336,838 | $297,806 | |
| b. Total Assets | $2,437,983 | $2,420,001 | $104,500 |
| c. Current Liabilities | $35,365 | $17,383 | |
| d. Total Liabilities | $2,919,827 | $2,901,845 | $2,884,462 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $101,237 | $101,523 | $626,413 |
| b. Total Disbursements | $95,689 | $121,758 | $588,200 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $5,548 | ($20,235) | $38,213 |
| d. Cash Balance Beginning of Month | $8,167 | $28,401 | $4,153 |
| e. Cash Balance End of Month (c + d) | $13,714 | $8,166 | $42,366 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | $7,871 | ($23,620) | |
| 5. Account Receivables (Pre and Post Petition) | $42,685 | $16,954 | |
| 6. Post-Petition Liabilities | $35,365 | $24,094 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | X | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes  X ;  U.S. Trustee Quarterly Fees  X  ; Check if filing is current for: Post-petition tax reporting and tax returns:  X .

(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 11-14-2010

Responsible Individual

Revised 1/1/98

Case: 10-12153    Doc# 71    Filed: 12/15/10    Entered: 12/15/10 18:38:27    Page 1 of 17

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended _____ 11/30/10 _____

| Current Month Actual | Forecast | Variance | # | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $100,237 | $105,250 | ($5,013) | 1 | Gross Sales | $624,438 | $135,000 |
| $0 | $2,500 | $2,500 | 2 | less: Sales Returns & Allowances | $0 | $500 |
| $100,237 | $102,750 | ($2,513) | 3 | Net Sales | $624,438 | $134,500 |
| $2,378 | $2,500 | $122 | 4 | less: Cost of Goods Sold (Schedule 'B') | $23,557 | $2,500 |
| $97,858 | $100,250 | ($2,392) | 5 | Gross Profit | $600,881 | $132,000 |
| $0 | | $0 | 6 | Interest | $0 | $0 |
| | | $0 | 7 | Other Income: | $0 | $0 |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $97,858 | $100,250 | ($2,392) | 10 | **Total Revenues** | $600,881 | $132,000 |
| | | | | **Expenses:** | | |
| $0 | $0 | $0 | 11 | Compensation to Owner(s)/Officer(s) | $1,077 | $0 |
| $26,301 | $18,500 | ($7,801) | 12 | Salaries | $139,565 | $27,500 |
| | | $0 | 13 | Commissions | $0 | $0 |
| | | $0 | 14 | Contract Labor | $0 | $0 |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | $0 | $0 |
| | | $0 | 16 | Real Property | $0 | $0 |
| $3,056 | $1,850 | ($1,206) | 17 | Insurance | $19,877 | $2,500 |
| | | $0 | 18 | Management Fees | $0 | $0 |
| | | $0 | 19 | Depreciation | $0 | $0 |
| | | | | Taxes: | | |
| $0 | $9,200 | $9,200 | 20 | Employer Payroll Taxes | $27,742 | $24,334 |
| | | $0 | 21 | Real Property Taxes | $0 | |
| | | $0 | 22 | Other Taxes | $0 | $750 |
| $0 | $875 | $875 | 23 | Other Selling | $2,848 | $1,500 |
| $21,127 | $20,500 | ($627) | 24 | Other Administrative | $97,691 | $24,500 |
| | | $0 | 25 | Interest | $0 | $0 |
| | | $0 | 26 | Other Expenses: | | |
| $9,115 | $3,500 | ($5,615) | 27 | DVD Replication & Printing | $43,466 | $2,850 |
| $926 | $1,350 | $424 | 28 | Hardware & Software Service & Expense | $15,860 | $1,250 |
| $29,461 | $45,000 | $15,539 | 29 | Film Production | $226,113 | $19,250 |
| | | $0 | 30 | RawMaterials Purch | $0 | $3,500 |
| $0 | | $0 | 31 | Adq Protect Pay JF Studios | $10,000 | $0 |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $89,987 | $100,775 | $10,788 | 35 | **Total Expenses** | $584,239 | $107,934 |
| $7,871 | ($525) | $8,396 | 36 | **Subtotal** | $16,642 | $24,066 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | $0 | $0 |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | $0 | $0 |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | $0 | $0 |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | $0 | $0 |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | $0 | $4,875 |
| | | $0 | 42 | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | $0 | $4,875 |
| $7,871 | ($525) | $8,396 | 44 | Net Profit (Loss) Before Federal & State Taxes | $16,642 | $28,941 |
| $0 | $0 | $0 | 45 | Federal & State Income Taxes | $0 | $0 |
| $7,871 | ($525) | $8,396 | 46 | Net Profit (Loss) | $16,642 | $28,941 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

Case: 10-12153   Doc# 71   Filed: 12/15/10   Entered: 12/15/10 18:38:27   Page 2 of 17

# BALANCE SHEET
## (General Business Case)
### For the Month Ended _____ 11/30/10 _____

### Assets

| | | From Schedules | Market Value |
|---|---|:---:|---:|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $13,714 |
| 2 | Cash and cash equivalents - restricted | | $6,838 |
| 3 | Accounts receivable (net) | A | $42,685 |
| 4 | Inventory | B | $248,601 |
| 5 | Prepaid expenses | | $0 |
| 6 | Professional retainers | | $25,000 |
| 7 | Other: _____ | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $336,838 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $429,993 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $6,070 |
| 14 | Leasehold improvements | D | $4,685 |
| 15 | Vehicles | D | $11,798 |
| 16 | Other: _____ | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | Copyrights, Trademark & Goodwill | D | $1,365,552 |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $1,818,098 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | $0 |
| 23 | Loans to affiliates | | $5,000 |
| 24 | Unreleased Film(s) | | $278,048 |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $283,048 |
| 29 | **Total Assets** | | $2,437,983 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

## Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

Revised 1/1/98

Case: 10-12153   Doc# 71   Filed: 12/15/10   Entered: 12/15/10 18:38:27   Page 3 of 17

**Post-Petition**

**Current Liabilities**

| | | | |
|---|---|---|---|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | $21,347 |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | $1,342 |
| 35 | Notes payable (short term) | | $0 |
| 36 | Accounts payable (trade) | A | $5,838 |
| 37 | Real property lease arrearage | | $0 |
| 38 | Personal property lease arrearage | | $0 |
| 39 | Accrued professional fees | | $0 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | $0 |
| 41 | Other: | | |
| 42 | Sequestered Cash from Collateral | | $6,838 |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $35,365 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $35,365 |

**Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---|
| 47 | Secured claims | F | $1,485,000 |
| 48 | Priority unsecured claims | F | $743,842 |
| 49 | General unsecured claims | F | $655,620 |
| 50 | **Total Pre-Petition Liabilities** | | $2,884,462 |
| 51 | **Total Liabilities** | | $2,919,827 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | ($712,230) |
| 53 | Capital Stock | |
| 54 | Additional paid-in capital | $200,000 |
| 55 | Cumulative profit/(loss) since filing of case | $30,386 |
| 56 | Post-petition contributions/(distributions) or (draws) | $0 |
| 57 | | |
| 58 | Market value adjustment | $0 |
| 59 | **Total Equity (Deficit)** | ($481,844) |
| 60 | **Total Liabilities and Equity (Deficit)** | $2,437,983 |

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
(General Business Case)

## Schedule A

### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $31,667 | $5,126 | |
| 31-60 Days | $8,985 | | |
| 61-90 Days | $1,798 | | $0 |
| 91+ Days | $235 | | |
| Total accounts receivable/payable | $42,685 | $5,126 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $42,685 | | |

## Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**

| | Inventory(ies) Balance at End of Month |
|---|---|
| Retail/Restaurants - | |
| Product for resale | $0 |
| | |
| Distribution - | |
| Products for resale | $0 |
| | |
| Manufacturer - | |
| Raw Materials | |
| Work-in-progress | |
| Finished goods | |
| | |
| Other - Explain | |
| | |
| TOTAL | $0 |

**Cost of Goods Sold**

| | |
|---|---|
| Inventory Beginning of Month | 241864 |
| Add - | |
| Net purchase | $9,115 |
| Direct labor | $0 |
| Manufacturing overhead | $0 |
| Freight in | $0 |
| Other: | |
| | |
| Less - | |
| Inventory End of Month | $248,601 |
| Shrinkage | $0 |
| Personal Use | $0 |
| | |
| Cost of Goods Sold | $2,378 |

### Method of Inventory Control
Do you have a functioning perpetual inventory system?
        Yes _____   No _____
How often do you take a complete physical inventory?

| | |
|---|---|
| Weekly | |
| Monthly | |
| Quarterly | |
| Semi-annually | X |
| Annually | |
| Date of last physical inventory was | 3/31/10 0:00 |
| | |
| Date of next physical inventory is | 8/30/10 0:00 |

### Inventory Valuation Methods
Indicate by a checkmark method of inventory used.

| Valuation methods - | |
|---|---|
| FIFO cost | |
| LIFO cost | |
| Lower of cost or market | X |
| Retail method | |
| Other | |
| Explain | |

Revised 1/1/98

Case: 10-12153   Doc# 71   Filed: 12/15/10   Entered: 12/15/10 18:38:27   Page 5 of 17

| Description | Cost | Market Value |
|---|---|---|
| None Applicable | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

## Schedule D
## Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| CSG Masters & Sub-Masters | $5,000 | $750 |
| CSG Images | $15,000 | $850 |
| CSG Films [Completed, Released] | $3,357,132 | $428,393 |
| CSG Website Assets | $1,000 | $0 |
| | | |
| | | |
| Total | $3,378,132 | $429,993 |
| | | |
| Furniture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| | | |
| Office Equipment - | | |
| Office Equipment | $36,272 | $1,435 |
| Office Hardware & Software | $33,547 | $4,635 |
| Total | $69,819 | $6,070 |
| | | |
| Leasehold Improvements - | | |
| Leasehold Improvements | $7,208 | $0 |
| Legal Fees | $23,000 | $4,685 |
| | | |
| Total | $30,208 | $4,685 |
| | | |
| Vehicles - | | |
| Automotive Equipment | $31,473 | $11,798 |
| | | |
| Total | $31,473 | $11,798 |

Revised 1/1/98

## Schedule E
## Aging of Post-Petition Taxes
### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $4,954 | $4,949 | | | $9,903 |
| FICA - Employee | $1,839 | $1,812 | | | $3,651 |
| FICA - Employer | $1,839 | $1,812 | | | $3,651 |
| Unemployment (FUTA) | $0 | | | | $0 |
| Income | $0 | | | | $0 |
| Other (Attach List) | $0 | | | | $0 |
| **Total Federal Taxes** | $8,633 | $8,573 | $0 | $0 | $17,206 |
| **State and Local** | | | | | |
| Income Tax Withholding | $1,884 | $1,638 | | | $3,522 |
| Unemployment (UT) | $0 | | | | $0 |
| Disability Insurance (DI) | $326 | $293 | | | $619 |
| Empl. Training Tax (ETT) | $0 | | | | $0 |
| Sales | $738 | $604 | | | $1,342 |
| Excise | $0 | | | | $0 |
| Real property | $0 | | | | $0 |
| Personal property | $0 | | | | $0 |
| Income | $0 | | | | $0 |
| Other (Attach List) | $0 | | | | $0 |
| **Total State & Local Taxes** | $2,948 | $2,535 | $0 | $0 | $5,483 |
| **Total Taxes** | $11,581 | $11,108 | $0 | $0 | $22,689 |

## Schedule F
## Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | $1,485,000 | $1,485,000 |
| Priority claims other than taxes | $0 | $0 |
| Priority tax claims | $743,842 | $743,842 |
| General unsecured claims | $655,620 | $655,620 |

(a)  List total amount of claims even it under secured.

(b)  Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
## Rental Income Information
### Not applicable to General Business Cases

## Schedule H
## Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | SVB | SVB | | |
| Account Type | DIP/Checking | Seg Cash | | |
| Account No. | 8409 | 0047 | | |
| Account Purpose | Operations | Holding | | |
| Balance, End of Month | $8,167 | $6,838 | | |
| Total Funds on Hand for all Accounts | $15,005 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended _____ 11/30/10 _____

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| **Cash Receipts** | | | |
| 1 | Rent/Leases Collected | $0 | $0 |
| 2 | Cash Received from Sales | $101,237 | $625,436 |
| 3 | Interest Received | $0 | $0 |
| 4 | Borrowings | $0 | $0 |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | $0 |
| 6 | Capital Contributions | $0 | $0 |
| 7 | Seg Cash Contrib | $0 | $977 |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $101,237 | $626,413 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | $9,115 | $44,956 |
| 14 | Selling | $0 | $2,955 |
| 15 | Administrative | $21,127 | $97,692 |
| 16 | Capital Expenditures | $29,461 | $226,114 |
| 17 | Principal Payments on Debt | $0 | $0 |
| 18 | Interest Paid | $0 | $0 |
| | Rent/Lease: | | |
| 19 | Personal Property | $0 | $0 |
| 20 | Real Property | $0 | $0 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | $0 | $1,077 |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | $26,301 | $139,565 |
| 27 | Management Fees | $0 | $0 |
| | Taxes: | | |
| 28 | Employee Withholding | | |
| 29 | Employer Payroll Taxes | $0 | $27,742 |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | $0 | $1,513 |
| 32 | Other Cash Outflows: | | |
| 33 | Hardware and Software Expenses & Service | $926 | $16,710 |
| 34 | Insurance | $3,056 | $19,876 |
| 35 | Item(s) [in Transit for Reconciliation] | $5,702 | |
| 36 | JFS (Adequate Protect Payment) | $0 | $10,000 |
| 37 | | $0 | |
| 38 | **Total Cash Disbursements:** | $95,689 | $588,200 |
| 39 | Net Increase (Decrease) in Cash | $5,548 | $38,213 |
| 40 | Cash Balance, Beginning of Period | $8,167 | $4,153 |
| 41 | Cash Balance, End of Period | $13,714 | $42,366 |

Revised 1/1/98



# SONOMA VALLEY BANK

202 WEST NAPA STREET
SONOMA CALIFORNIA
95476

PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P O BOX 1550
BOYES HOT SPRINGS, CA 95416

11-30-10
PAGE    1
11-30-10
PAGE    1

```
*********     SONOMA VALLEY BANK IS NOW PART OF WESTAMERICA BANK      ******
*********     ONE OF THE NATIONS STRONGEST AND HEALTHIEST BANKS!      ******
*********          WE LOOK FORWARD TO SERVING YOU AND                ******
*********             THE SONOMA VALLEY COMMUNITY.                   ******
```

████ 840 9    BUSINESS ANALYSIS BANKRUPTCY      ENCLOSURE COUNT      42

| | | |
|---|---|---|
| Previous Balance | 10-31-10 | 8,166.79 |
| +Deposits/Credits | 72 | 103,445.87 |
| -Checks/Debits | 138 | 97,864.85 |
| -Service Charge | | 33.74 |
| +Interest Paid | | .00 |
| Current Balance | | 13,714.07 |

```
* - - - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - - - -*
```

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10-31 | 8166.79 | 11-01 | 3126.47 | 11-02 | 4196.49 |
| 11-03 | 3026.48 | 11-04 | 8663.41 | 11-05 | 27333.38 |
| 11-08 | 29356.27 | 11-09 | 23259.39 | 11-10 | 25865.80 |
| 11-12 | 27588.22 | 11-15 | 31126.65 | 11-16 | 29176.53 |
| 11-17 | 29846.87 | 11-18 | 30424.55 | 11-19 | 25071.11 |
| 11-22 | 31847.68 | 11-23 | 31830.26 | 11-24 | 33305.43 |
| 11-26 | 34877.47 | 11-29 | 30479.50 | 11-30 | 13714.07 |

```
* - - - -PAPER-LESS AND OTHER DESCRIPTIVE ENTRIES- - - - - - - - - -*
```

| Date | Tracer | Description | | Amount |
|---|---|---|---|---|
| 11-01 | | DEPOSIT | | 305.25 |
| 11-01 | | DEPOSIT | | 979.60 |
| 11-01 | | DEPOSIT | | 1232.69 |
| 11-01 | 1305 | AMAZON.COM | Retail dis | 17.38 |
| | | Prowest Media Corporat | | |
| 11-01 | 19302 | AMERICAN EXPRESS SETTLEMENT | | 147.93 |
| | | PROWEST MEDI50487O4191 | | |
| 11-01 | 1305 | AMERICAN EXPRESS SETTLEMENT | | 211.29 |
| | | PROWEST MEDI50487O4191 | | |
| 11-01 | 2305 | BANKCARD | MTOT DEP | 1537.59 |
| | | PROWEST MEDIA CORP. | | |
| 11-01 | 1305 | BANKCARD | MTOT DEP | 1642.47 |
| | | PROWEST MEDIA CORP. | | |
| 11-01 | 2305 | BANKCARD | DISCOUNT | 60.17- |
| | | PROWEST MEDIA CORP. | | |
| 11-01 | 1305 | BANKCARD | DISCOUNT | 62.24- |
| | | PROWEST MEDIA CORP. | | |
| 11-01 | 1305 | SAFECO INSURANCE INS PREM | | 207.68- |
| | | JOHN B RUTHERFORD | | |
| 11-01 | 2305 | ENDICIA-USPS POS ONLINE PMT | | 300.00- |
| | | SETTLE TOM | | |
| 11-01 | 1305 | DIRECTV | DIRECTV | 355.62- |
| | | *TOM SETTLE | | |
| 11-01 | 1305 | Payroll | PAYROLL | 360.03- |



SONOMA VALLEY BANK

202 WEST NAPA STREET
SONOMA CALIFORNIA
95476

PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P O BOX 1550
BOYES HOT SPRINGS, CA 95416

11-30-10
PAGE    2

********    SONOMA VALLEY BANK IS NOW PART OF WESTAMERICA BANK,    ******
********    ONE OF THE NATIONS STRONGEST AND HEALTHIEST BANKS!     ******
********         WE LOOK FORWARD TO SERVING YOU AND                ******
********         THE SONOMA VALLEY COMMUNITY.                      ******

|  |  |  |  |  |
|---|---|---|---|---|
| 11-01 | 1305 | PROWEST MEDIA CORPORAT Payroll           PAYROLL | 762.55- |
| 11-01 | 1305 | PROWEST MEDIA CORPORAT Payroll           PAYROLL | 1092.96- |
| 11-01 | 1305 | PROWEST MEDIA CORPORAT Payroll           PAYROLL | 1228.20- |
| 11-01 | 1305 | PROWEST MEDIA CORPORAT Payroll           PAYROLL | 1392.23- |
| 11-01 | 1305 | PROWEST MEDIA CORPORAT Payroll           PAYROLL | 1478.94- |
| 11-02 | 1306 | PROWEST MEDIA CORPORAT BANKCARD          MTOT DEP | 1592.74 |
| 11-02 | 1306 | PROWEST MEDIA CORP. AUTHNET GATEWAY  BILLING | 30.85- |
| 11-02 | 1306 | PROWEST MEDIA CORPORAT BANKCARD          DISCOUNT | 60.37- |
| 11-03 | 19306 | PROWEST MEDIA CORP. AMERICAN EXPRESS SETTLEMENT | 166.90 |
| 11-03 | 1307 | PROWEST MEDI5048704191 BANKCARD          MTOT DEP | 2846.85 |
| 11-03 | 1307 | PROWEST MEDIA CORP. BANKCARD          DISCOUNT | 107.89- |
| 11-03 | 2307 | PROWEST MEDIA CORP. ENDICIA-USPS POS ONLINE PMT | 300.00- |
| 11-03 | 13306 | SETTLE TOM BANKCARD          MTOT DISC | 896.15- |
| 11-03 | 2307 | PROWEST MEDIA CORP. PUW CO-OP         PUWC PYMT | 1379.72- |
| 11-03 |  | SETTLE, TOM DEBIT MEMO | 1500.00- |
| 11-04 | 2308 | Zinio LLC        Zinio | 91.69 |
| 11-04 | -19307 | .COLT Studio Group AMERICAN EXPRESS SETTLEMENT | 106.92 |
| 11-04 | 1308 | PROWEST MEDI5048704191 BANKCARD          MTOT DEP | 1848.01 |
| 11-04 | 12 | PROWEST MEDIA CORP. Incoming Wire 3590430 | 6030.74 |
| 11-04 | 1308 | BANKCARD          DISCOUNT | 70.03- |
| 11-04 | 13307 | PROWEST MEDIA CORP. COMCAST           COMCAST | 120.40- |
| 11-04 |  | SETTLE,TOM DEBIT MEMO | 2250.00- |
| 11-05 |  | DEPOSIT | 189.25 |
| 11-05 | 1309 | BANKCARD          MTOT DEP | 576.51 |
| 11-05 | 19308 | PROWEST MEDIA CORP. AMERICAN EXPRESS SETTLEMENT | 863.20 |

Z0030050



SONOMA VALLEY BANK

202 WEST NAPA STREET
SONOMA CALIFORNIA
95476

PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P O BOX 1550
BOYES HOT SPRINGS, CA 95416

11-30-10
PAGE    3

```
*********        SONOMA VALLEY BANK IS NOW PART OF WESTAMERICA BANK,     ******
*********        ONE OF THE NATIONS STRONGEST AND HEALTHIEST BANKS!      ******
*********             WE LOOK FORWARD TO SERVING YOU AND                 ******
*********                THE SONOMA VALLEY COMMUNITY.                    ******
```

|  |  |  |  |
|---|---|---|---|
|  |  | PROWEST MEDI5048704191 |  |
| 11-05 | 15 | Incoming Wire 3601094 | 24970.00 |
| 11-05 |  | CREDIT MEMO | 100.00 |
| 11-05 | 1309 | BANKCARD          DISCOUNT | 21.85- |
|  |  | PROWEST MEDIA CORP. |  |
| 11-05 | 2309 | AETNA             AET HEALTH | 242.00- |
|  |  | SETTLE, THOMAS R |  |
| 11-05 | 2309 | ENDICIA-USPS POS ONLINE PMT | 300.00- |
|  |  | SETTLE TOM |  |
| 11-05 | 2309 | AETNA             AET HEALTH | 307.00- |
|  |  | RUTHERFORD, JOHN B |  |
| 11-05 | 2309 | Payroll           PAYROLL | 468.20- |
|  |  | PROWEST MEDIA CORPORAT |  |
| 11-05 | 13308 | U. P. S.          UPS BILL | 724.83- |
|  |  | PROWEST MEDIA CORPORAT |  |
| 11-05 | 2309 | Payroll           PAYROLL | 762.54- |
|  |  | PROWEST MEDIA CORPORAT |  |
| 11-05 | 2309 | Payroll           PAYROLL | 957.45- |
|  |  | PROWEST MEDIA CORPORAT |  |
| 11-05 | 2309 | Payroll           PAYROLL | 980.20- |
|  |  | PROWEST MEDIA CORPORAT |  |
| 11-05 | 2309 | Payroll           PAYROLL | 1071.95- |
|  |  | PROWEST MEDIA CORPORAT |  |
| 11-05 | 2309 | Payroll           PAYROLL | 1092.97- |
|  |  | PROWEST MEDIA CORPORAT |  |
| 11-08 |  | DEPOSIT | 77.90 |
| 11-08 |  | DEPOSIT | 200.00 |
| 11-08 |  | DEPOSIT | 302.61 |
| 11-08 |  | DEPOSIT | 2000.00 |
| 11-08 | 1312 | AMERICAN EXPRESS SETTLEMENT | 314.43 |
|  |  | PROWEST MEDI5048704191 |  |
| 11-08 | 1312 | BANKCARD          MTOT DEP | 924.86 |
|  |  | PROWEST MEDIA CORP. |  |
| 11-08 | 1312 | BANKCARD          MTOT DEP | 1550.61 |
|  |  | PROWEST MEDIA CORP. |  |
| 11-08 | 1312 | REDWOOD MERCHANT RMS TRANS | 31.92- |
|  |  | PROWEST MEDIA CORP |  |
| 11-08 | 1312 | BANKCARD          DISCOUNT | 35.05- |
|  |  | PROWEST MEDIA CORP. |  |
| 11-08 | 1312 | BANKCARD          DISCOUNT | 58.77- |
|  |  | PROWEST MEDIA CORP. |  |
| 11-08 | 2312 | AT&T              PAYMENT | 276.78- |
|  |  | TEMPORARYACCOUNTNAME |  |
| 11-08 | 1312 | ENDICIA-USPS POS ONLINE PMT | 300.00- |
|  |  | SETTLE TOM |  |
| 11-09 |  | DEPOSIT | 59.45 |

Z0030050



SONOMA
VALLEY
BANK

202 WEST NAPA STREET
SONOMA CALIFORNIA
                    95476



PROWEST MEDIA CORPORATION                                11-30-10
DBA COLT STUDIO GROUP                                    PAGE    4
P O BOX 1550
BOYES HOT SPRINGS, CA 95416

```
*********     SONOMA VALLEY BANK IS NOW PART OF WESTAMERICA BANK,    ******
*********     ONE OF THE NATIONS STRONGEST AND HEALTHIEST BANKS!     ******
*********          WE LOOK FORWARD TO SERVING YOU AND                ******
*********             THE SONOMA VALLEY COMMUNITY.                   ******
```

| Date | Ref | Description | | Amount |
|---|---|---|---|---|
| 11-09 | | DEPOSIT | | 514.64 |
| 11-09 | 1313 | BANKCARD | MTOT DEP | 177.93 |
| | | PROWEST MEDIA CORP. | | |
| 11-09 | 1313 | BANKCARD | DISCOUNT | 6.74- |
| | | PROWEST MEDIA CORP. | | |
| 11-10 | 1314 | BANKCARD | MTOT DEP | 1500.20 |
| | | PROWEST MEDIA CORP. | | |
| 11-10 | 2314 | WMM HOLDINGS CRP ACH COMMIS | | 7419.09 |
| | | PROWEST MEDIA CORP D | | |
| 11-10 | 1314 | BANKCARD | DISCOUNT | 56.85- |
| | | PROWEST MEDIA CORP. | | |
| 11-12 | | DEPOSIT | | 27.45 |
| 11-12 | 19314 | AMERICAN EXPRESS SETTLEMENT | | 315.90 |
| | | PROWEST MEDI5048704191 | | |
| 11-12 | 1316 | BANKCARD | MTOT DEP | 1201.14 |
| | | PROWEST MEDIA CORP. | | |
| 11-12 | 1316 | BANKCARD | MTOT DEP | 1793.48 |
| | | PROWEST MEDIA CORP. | | |
| 11-12 | 2316 | PAYPAL | INST XFER | 12.13- |
| | | TOM SETTLE | | |
| 11-12 | 1316 | BANKCARD | DISCOUNT | 45.53- |
| | | PROWEST MEDIA CORP. | | |
| 11-12 | 1316 | BANKCARD | DISCOUNT | 67.97- |
| | | PROWEST MEDIA CORP. | | |
| 11-12 | 1316 | DIRECTV | Payment | 159.88- |
| | | SETTLE | | |
| 11-12 | 13314 | U. P. S. | UPS BILL | 830.04- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-15 | | DEPOSIT | | 286.20 |
| 11-15 | | DEPOSIT | | 5994.40 |
| 11-15 | 1319 | BANKCARD | MTOT DEP | 923.75 |
| | | PROWEST MEDIA CORP. | | |
| 11-15 | 2319 | BANKCARD | MTOT DEP | 949.33 |
| | | PROWEST MEDIA CORP. | | |
| 11-15 | 1319 | AMERICAN EXPRESS SETTLEMENT | | 4046.41 |
| | | PROWEST MEDI5048704191 | | |
| 11-15 | 1319 | PAYPAL | INST XFER | 13.99- |
| | | TOM SETTLE | | |
| 11-15 | 1319 | BANKCARD | DISCOUNT | 35.01- |
| | | PROWEST MEDIA CORP. | | |
| 11-15 | 2319 | BANKCARD | DISCOUNT | 35.98- |
| | | PROWEST MEDIA CORP. | | |
| 11-15 | 1319 | PAYPAL | INST XFER | 83.91- |
| | | TOM SETTLE | | |
| 11-15 | 1319 | ING Reliastr 415 Policy Pmt | | 201.26- |
| | | Prowest Media Corp | | |

Z00330050



**SONOMA VALLEY BANK**

202 WEST NAPA STREET
SONOMA CALIFORNIA
95476

PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P O BOX 1550
BOYES HOT SPRINGS, CA 95416

11-30-10
PAGE    5
1

```
*********        SONOMA VALLEY BANK IS NOW PART OF WESTAMERICA BANK,        ******
*********        ONE OF THE NATIONS STRONGEST AND HEALTHIEST BANKS!         ******
*********              WE LOOK FORWARD TO SERVING YOU AND                   ******
*********                 THE SONOMA VALLEY COMMUNITY.                      ******
```

| Date | Ref | Description | | Amount |
|------|-----|-------------|---|--------|
| 11-15 | 1319 | Payroll | PAYROLL | 250.00- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-15 | 2319 | ENDICIA-USPS POS ONLINE PMT | | 300.00- |
| | | SETTLE TOM | | |
| 11-15 | 1319 | PRUDENTIAL | INS PREM | 353.25- |
| | | RUTHERFORD | | |
| 11-15 | 1319 | Payroll | PAYROLL | 762.56- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-15 | 1319 | Payroll | PAYROLL | 957.45- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-15 | 1319 | Payroll | PAYROLL | 980.22- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-15 | 1319 | Payroll | PAYROLL | 1071.93- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-15 | 1319 | Payroll | PAYROLL | 1618.99- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-16 | 1320 | BANKCARD | MTOT DEP | 97.72 |
| | | PROWEST MEDIA CORP. | | |
| 11-16 | 1320 | BANKCARD | DISCOUNT | 3.70- |
| | | PROWEST MEDIA CORP. | | |
| 11-17 | | DEPOSIT | | 29.07 |
| 11-17 | 1321 | BANKCARD | MTOT DEP | 1761.37 |
| | | PROWEST MEDIA CORP. | | |
| 11-17 | 2321 | Signature Card S PCIBILL001 | | 21.95- |
| | | PROWEST MEDIA CORP. | | |
| 11-17 | 1321 | GOLDEN RULE INS | INS. PREM. | 31.39- |
| | | DINI, SANDRA C* | | |
| 11-17 | 1321 | BANKCARD | DISCOUNT | 66.76- |
| | | PROWEST MEDIA CORP. | | |
| 11-18 | | DEPOSIT | | 165.45 |
| 11-18 | 19321 | AMERICAN EXPRESS SETTLEMENT | | 180.26 |
| | | PROWEST MEDI5048704191 | | |
| 11-18 | 1322 | BANKCARD | MTOT DEP | 1127.08 |
| | | PROWEST MEDIA CORP. | | |
| 11-18 | 1322 | BANKCARD | DISCOUNT | 42.72- |
| | | PROWEST MEDIA CORP. | | |
| 11-18 | 2322 | Payroll Service Fee | | 47.49- |
| | | Settle, Tom | | |
| 11-19 | 19322 | AMERICAN EXPRESS SETTLEMENT | | 163.81 |
| | | PROWEST MEDI5048704191 | | |
| 11-19 | 1323 | BANKCARD | MTOT DEP | 399.67 |
| | | PROWEST MEDIA CORP. | | |
| 11-19 | 1323 | BANKCARD | DISCOUNT | 15.14- |
| | | PROWEST MEDIA CORP. | | |
| 11-19 | 1323 | SPRINT8006396111 ACHBILLPAY | | 61.38- |
| | | THOMAS SETTLE | | |

Z0030050



# SONOMA VALLEY BANK

202 WEST NAPA STREET
SONOMA CALIFORNIA
95476


PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P.O.BOX 1550
BOYES HOT SPRINGS, CA 95416

11-30-10
PAGE    6
9

```
********     SONOMA VALLEY BANK IS NOW PART OF WESTAMERICA BANK,     ******
********     ONE OF THE NATIONS STRONGEST AND HEALTHIEST BANKS!      ******
********          WE LOOK FORWARD TO SERVING YOU AND                 ******
********               THE SONOMA VALLEY COMMUNITY.                  ******
```

| Date | Ref | Description | | Amount |
|------|-----|-------------|---|--------|
| 11-19 | 2323 | Payroll | PAYROLL | 250.00- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-19 | 13322 | U. P. S. | UPS BILL | 725.31- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-19 | 2323 | Payroll | PAYROLL | 762.54- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-19 | 2323 | Payroll | PAYROLL | 957.44- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-19 | 2323 | Payroll | PAYROLL | 980.19- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-19 | 2323 | Payroll | PAYROLL | 1071.95- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-19 | 2323 | Payroll | PAYROLL | 1092.97- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-22 | | DEPOSIT | | 10001.53 |
| 11-22 | 1326 | AMAZON.COM | Retail dis | 25.03 |
| | | Prowest Media Corporat | | |
| 11-22 | 19323 | AMERICAN EXPRESS SETTLEMENT | | 137.42 |
| | | PROWEST MEDI5048704191 | | |
| 11-22 | 1326 | AMERICAN EXPRESS SETTLEMENT | | 286.01 |
| | | PROWEST MEDI5048704191 | | |
| 11-22 | 1326 | BANKCARD | MTOT DEP | 445.72 |
| | | PROWEST MEDIA CORP. | | |
| 11-22 | 1326 | BANKCARD | MTOT DEP | 1409.65 |
| | | PROWEST MEDIA CORP. | | |
| 11-22 | 1326 | BANKCARD | DISCOUNT | 19.92- |
| | | PROWEST MEDIA CORP. | | |
| 11-22 | 1326 | BANKCARD | DISCOUNT | 53.43- |
| | | PROWEST MEDIA CORP. | | |
| 11-22 | 13323 | COMCAST | COMCAST | 74.69- |
| | | SETTLE,TOM | | |
| 11-22 | 1326 | PAYPAL | INST XFER | 80.75- |
| | | TOM SETTLE | | |
| 11-22 | 1326 | ENDICIA-USPS POS ONLINE PMT | | 300.00- |
| | | SETTLE TOM | | |
| 11-23 | 1327 | BANKCARD | MTOT DEP | 119.65 |
| | | PROWEST MEDIA CORP. | | |
| 11-23 | 1327 | BANKCARD | DISCOUNT | 4.53- |
| | | PROWEST MEDIA CORP. | | |
| 11-23 | 2327 | PAYPAL | INST XFER | 132.54- |
| | | TOM SETTLE | | |
| 11-24 | | DEPOSIT | | 20.00 |
| 11-24 | | DEPOSIT | | 2000.00 |
| 11-24 | 1328 | BANKCARD | MTOT DEP | 1916.81 |
| | | PROWEST MEDIA CORP. | | |
| 11-24 | 1328 | BANKCARD | DISCOUNT | 72.65- |



SONOMA
VALLEY
BANK

202 WEST NAPA STREET
SONOMA CALIFORNIA
95476

PROWEST MEDIA CORPORATION                                11-30-10
DBA COLT STUDIO GROUP                                    PAGE    7
P O BOX 1550                                             1
BOYES HOT SPRINGS, CA 95416

```
*********      SONOMA VALLEY BANK IS NOW PART OF WESTAMERICA BANK      ******
*********      ONE OF THE NATIONS STRONGEST AND HEALTHIEST BANKS!      ******
*********            WE LOOK FORWARD TO SERVING YOU AND                ******
*********              THE SONOMA VALLEY COMMUNITY.                    ******
```

|       |        | PROWEST MEDIA CORP. |              |          |
|-------|--------|---------------------|--------------|----------|
| 11-24 | 2328   | PAYPAL              | INST XFER    | 188.99-  |
|       |        | TOM SETTLE          |              |          |
| 11-26 | 1330   | AMERICAN EXPRESS SETTLEMENT |      | 43.81    |
|       |        | PROWEST MEDI5048704191 |           |          |
| 11-26 | 20328  | AMERICAN EXPRESS SETTLEMENT |      | 57.37    |
|       |        | PROWEST MEDI5048704191 |           |          |
| 11-26 | 1330   | BANKCARD            | MTOT DEP     | 409.33   |
|       |        | PROWEST MEDIA CORP. |              |          |
| 11-26 | 1330   | BANKCARD            | MTOT DEP     | 437.17   |
|       |        | PROWEST MEDIA CORP. |              |          |
| 11-26 | 14     | Incoming Wire 3685292 |            | 2638.05  |
| 11-26 | 1330   | BANKCARD            | DISCOUNT     | 15.52-   |
|       |        | PROWEST MEDIA CORP. |              |          |
| 11-26 | 1330   | BANKCARD            | DISCOUNT     | 16.57-   |
|       |        | PROWEST MEDIA CORP. |              |          |
| 11-26 | 1330   | PAYPAL              | INST XFER    | 75.65-   |
|       |        | TOM SETTLE          |              |          |
| 11-26 | 13328  | U. P. S.            | UPS BILL     | 986.87-  |
|       |        | PROWEST MEDIA CORPORAT |           |          |
| 11-29 |        | DEPOSIT             |              | 255.28   |
| 11-29 |        | DEPOSIT             |              | 460.38   |
| 11-29 |        | DEPOSIT             |              | 700.00   |
| 11-29 | 1333   | AMERICAN EXPRESS SETTLEMENT |      | 57.37    |
|       |        | PROWEST MEDI5048704191 |           |          |
| 11-29 | 1333   | BANKCARD            | MTOT DEP     | 102.80   |
|       |        | PROWEST MEDIA CORP. |              |          |
| 11-29 | 1333   | BANKCARD            | MTOT DEP     | 1406.02  |
|       |        | PROWEST MEDIA CORP. |              |          |
| 11-29 | 1333   | BANKCARD            | DISCOUNT     | 3.90-    |
|       |        | PROWEST MEDIA CORP. |              |          |
| 11-29 | 1333   | PAYPAL              | INST XFER    | 10.00-   |
|       |        | TOM SETTLE          |              |          |
| 11-29 | 1333   | BANKCARD            | DISCOUNT     | 53.29-   |
|       |        | PROWEST MEDIA CORP. |              |          |
| 11-29 | 1333   | PAYPAL              | INST XFER    | 148.08-  |
|       |        | TOM SETTLE          |              |          |
| 11-29 | 1333   | Payroll             | PAYROLL      | 250.00-  |
|       |        | PROWEST MEDIA CORPORAT |           |          |
| 11-29 | 13330  | AT&T                | PAYMENT      | 499.45-  |
|       |        | TOM SETTLE          |              |          |
| 11-29 | 1333   | Payroll             | PAYROLL      | 762.55-  |
|       |        | PROWEST MEDIA CORPORAT |           |          |
| 11-29 | 1333   | Payroll             | PAYROLL      | 957.44-  |
|       |        | PROWEST MEDIA CORPORAT |           |          |
| 11-29 | 1333   | Payroll             | PAYROLL      | 980.21-  |



**SONOMA VALLEY BANK**

202 WEST NAPA STREET
SONOMA CALIFORNIA
95476

PROWEST MEDIA CORPORATION
DBA COLT STUDIO GROUP
P O BOX 1550
BOYES HOT SPRINGS, CA 95416

11-30-10
PAGE    8

```
********   SONOMA VALLEY BANK IS NOW PART OF WESTAMERICA BANK,   ******
********    ONE OF THE NATIONS STRONGEST AND HEALTHIEST BANKS!    ******
********         WE LOOK FORWARD TO SERVING YOU AND              ******
********            THE SONOMA VALLEY COMMUNITY.                 ******
```

| Date | No. | Description | | Amount |
|------|-----|-------------|---|--------|
| | | PROWEST MEDIA CORPORAT | | |
| 11-29 | 1333 | Payroll | PAYROLL | 1071.94- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-29 | 1333 | Payroll | PAYROLL | 1092.96- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-30 | | DEPOSIT | | 82.50 |
| 11-30 | | DEPOSIT | | 472.75 |
| 11-30 | 2334 | PUW CO-OP | PUWC PYMT | 111.40- |
| | | SETTLE, TOM | | |
| 11-30 | 2334 | STATE FUND | BILLS | 1281.72- |
| | | PROWEST MEDIA CORPORAT | | |
| 11-30 | 999 | SERVICE CHARGE | | 33.74- |

```
*- - - - - - - - - - - - - - - -CHECKS PAID- - - - - - - - - - - - - - - - -*
   No.   Date    Amount          No.    Date      Amount
  7126  11-30    1050.00         7232  11-26       919.08
  7127  11-30    3800.00         7233  11-15      1719.36
  7128  11-30    5838.00         7234  11-09      1100.00
  7189* 11-15     277.75         7235  11-09       375.00
  7193* 11-08     295.00         7236  11-10      3750.00
  7212* 11-01      63.90         7237  11-10      1000.00
  7214* 11-10     992.04         7238  11-16       471.93
  7217* 11-30     955.38         7239  11-16      1572.21
  7218  11-02     431.50         7240  11-12       500.00
  7221* 11-01    1400.00         7242* 11-22      2500.00
  7222  11-09    3500.00         7244* 11-30      2656.00
  7223  11-05    1100.00         7245  11-30        14.80
  7224  11-01    2000.00         7246  11-24      1000.00
  7225  11-01     350.00         7247  11-24      1200.00
  7226  11-09    1867.16         7248  11-30      1579.64
  7227  11-08     750.00         7249  11-29      1550.00
  7228  11-08     500.00              * 11-22      1000.00
  7229  11-08    1100.00              * 11-22      1000.00
  7230  11-10     513.99              * 11-22       500.00
  7231  11-18     804.90              * 11-17      1000.00
```



# SONOMA VALLEY BANK

202 WEST NAPA STREET
SONOMA CALIFORNIA
95476



PROWEST MEDIA CORPORATION
SEGREGATED DEPOSIT ACCOUNT
PO BOX 1550
BOYES HOT SPRINGD CA 95416

11-30-10
PAGE      1
0047

```
*********          SONOMA VALLEY BANK IS NOW PART OF WESTAMERICA BANK,        ******
*********          ONE OF THE NATIONS STRONGEST AND HEALTHIEST BANKS!         ******
*********                 WE LOOK FORWARD TO SERVING YOU AND                  ******
*********                 THE SONOMA VALLEY COMMUNITY.                        ******
```

```
          004 7     BUSINESS ANALYSIS CHECKING        ENCLOSURE COUNT        0

                    Previous Balance       11-22-10                    .00
                    +Deposits/Credits             2              6,838.00
                    -Checks/Debits                0                    .00
                    -Service Charge                                    .00
                    +Interest Paid                                     .00
                    Current Balance                            6,838.00
```

```
* - - - - - - - - - - - -DAILY BALANCE SUMMARY- - - - - - - - - - - - -*
     Date        Balance    Date        Balance    Date        Balance
    11-22         1000.00   11-30        6838.00

* - - - -PAPER-LESS AND OTHER DESCRIPTIVE ENTRIES- - - - - - - - - - *
     Date        Tracer  Description                          Amount
    11-22                 DEPOSIT                              1000.00
    11-30                 DEPOSIT                              5838.00
```

Z0030050