MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
MONIQUE JEWETT-BREWSTER, SBN 217792
645 First St. West. Suite D
Sonoma, California 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email: macclaw@macbarlaw.com

Counsel for Secured Creditor
JIM FRENCH STUDIOS, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re )
) Case No. 10-12153
PROWEST MEDIA CORPORATION, ) (Chapter 11)
a California Corporation, ) **WITHDRAWAL OF**
) **OBJECTION OF JIM FRENCH**
Debtor. ) **STUDIOS, INC TO CONFIRMATION**
) **OF DEBTOR'S PLAN OF**
**REORGANIZATION, DATED**
**JULY 7, 2010**

Date: January 7, 2011
Time: 9:00 a.m.
Santa Rosa Courtroom–Jaroslovsky

      Jim French Studios, Inc. ("JFS") hereby withdraws its Objection to Confirmation of Debtor's Plan of Reorganization, dated July 7, 2010, on the condition that the terms of the "Settlement Agreement and General Release" among JFS, the Debtor, and certain third parties are deemed incorporated into the Plan pursuant to Section 1123(b)(3).

Dated: December 30, 2010          Respectfully submitted,

                                  MACCONAGHY & BARNIER, PLC

                                    /s/ John H. MacConaghy
                                  John H. MacConaghy
                                  *Attorneys for Jim French Studios, Inc.*