David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

PROWEST MEDIA CORPORATION,

    DEBTOR.          /

Case No. 10-12153

CHAPTER 11

NOTICE OF MODIFICATION TO DEBTOR'S PLAN OF REORGANIZATION AND COMPROMISE OF CONTROVERSY AND OPPORTUNITY TO BE HEARD THEREON

Date: January 14, 2011
Time: 9:00 a.m.
Place: 99 South E St.
       Santa Rosa, CA

TO:  ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on January 14, 2011, at 9:00 a.m., or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Alan Jaroslovsky, Judge, United States Bankruptcy Court, 99 South E Street, Santa Rosa, CA 95404, a hearing will be held on the confirmation of the Debtor's Plan of Reorganization, as modified as described below.  This modification includes a release of all claims held by the Estate against Jim French Studios, Inc. ("JFS") and related parties.

SUMMARY OF THE DISPUTE AND THE RELIEF SOUGHT

JFS asserts a secured claim against the Debtor Prowest in the amount of $1,357,739.95, and further asserts that this claim is secured by all assets of the Debtor, including all of its intellectual property.  Prowest disputes the amount of the claim, disputes the

extent of the security interest of JFS, and asserts set offs and counterclaims. The Plan of Reorganization, dated July 7, 2010, filed by Prowest reserves all litigation claims held by Prowest against JFS, provides that the Court will fix the allowed amount of the secured claim pursuant to Bankruptcy Code Section 506, provides that the balance of the claim of JFS will be treated as an unsecured claim, and further provides that JFS will receive periodic payments if and only if its claim is allowed by the Court.

On December 19, 2010, the Debtor Prowest and JFS reached a settlement of their dispute. The principal terms of the settlement are that JFS will be paid $500,000 in 20 installments of $25,000 apiece in full satisfaction of its claim, that JFS will have a stipulated judgement to recover its collateral and obtain other relief in the event of a default, that the Debtor will release all claims against JFS, and that these settlement terms will be incorporated into a modification of the Debtor's Plan of Reorganization, which will be supported by JFS. This is a summary only. To obtain a copy of the actual "Settlement Agreement and General Release" between the parties, please contact the undersigned counsel for the Debtor.

PROCEDURE FOR OBJECTIONS

NOTICE IS FURTHER GIVEN that any Creditor or other party in interest who returned a ballot accepting the Debtor's 7/7/10 Plan will be deemed to accept this modification unless that Creditor notifies the undersigned counsel for the Debtor <u>in writing</u> that it wishes to change its vote prior to January 12, 2011. Any other written objection to this requested relief should be filed with the Clerk of the Court no later than January 12, 2011 and served upon (1) the

undersigned attorney for the Debtor, (2) John H. MacConaghy, Esq., MacConaghy & Barnier, PLC, 645 First St. West., Sonoma, CA 95476, and (3) the Office of the United States Trustee, 235 Pine Street, 7th Floor, San Francisco, CA 94104. Consult the Court's website at www.canb.uscourts.gov for instructions concerning the electronic filing of documents.

Dated: 1/6/11             DAVID N. CHANDLER, p.c.


                          By: /s/ David N. Chandler
                          DAVID N. CHANDLER,
                          Attorney for Debtor

CERTIFICATE OF SERVICE

I am a citizen of the United States, and over the age of eighteen (18) years, employed at 1747 Fourth Street, Santa Rosa, California, and not a party to the within action.

On January 6, 2011, I served a copy of the following documents: NOTICE OF MODIFICATION TO DEBTOR'S PLAN OF REORGANIZATION AND COMPROMISE OF CONTROVERSY AND OPPORTUNITY TO BE HEARD THEREON on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States post office mail box at Santa Rosa, California, addressed as follows:

(SEE ATTACHED)

I, JANE F. KAMAS, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2011, Santa Rosa, California.

       /s/ Jane F. Kamas
       JANE F. KAMAS

Label Matrix for local noticing
0971-1
Case 10-12153
Northern District of California
Santa Rosa
Wed Jan  5 17:55:47 PST 2011

A Bright Printing
346 9th St.
San Francisco, CA 94103-3809

A-3 Mobile, Inc.
1630 Welton St., Ste. 400
Denver, CO 80202-4239

Athletic Model Guild LLC
3020 El Cerrito Plaza Ste 114
El Cerrito, CA 94530-4011

BAOL, sro
Gorkeho 11
SK-81103
Bratislava, SLOVAKIA

Bay Area Video Coalition
2727 Mariposa St., 2nd Fl.
San Francisco, CA 94110-1401

Blue Cross of California
P.O. Box 4194
Woodland Hills, CA 91365-4194

Breene Graphics
9510 Vassar Ave.
Chatsworth, CA 91311-4141

Brixham Manufacturing, Ltd.
Unit 1, Brixham Enterprise Estate
Rea Barn Road
Brixham, TQ5 9DF
United Kingdom

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CEN, LLC
P.O. Box 5108
Chino, CA 91708-5108

California Exotic Novelties, LLC
c/o Labowe, Labowe & Hoffman, LLP
1631 W. Beverly Blvd.
2nd Floor
Los Angeles, CA 90026-5710

California Exotic Novelties, LLC
14235 Ramona Ave.
Chino, CA 91710-5751

David N. Chandler
Law Offices of David N. Chandler
1747 4th St.
Santa Rosa, CA 95404-3601

EDD
State of California
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Entruphema, Inc. (Sureflix)
229 Yonge St., Ste. 408
Toronto, ON  M5B 1N9
CANADA

FedEx
3965 Airways, Module G
Memphis, TN 38116

FedEx Customer Information Services
FedEx Express/FedEx Ground
Attn: Revenue Recovery/Bankruptcy
3965 Airways Blvd., Module G, 3rd Floor
Memphis, TN 38116-5017

R. James Fisher
2 Padre Parkway, Suite 300
Rohnert Park, CA 94928-2116

Franchise Tax Board
Bankruptcy Group
P.O. Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Bankruptcy Section MS A340
P.O. Box 2952
Sacramento, CA 95812-2952

FutureWorks
c/o Michael V. Mahoney
595 Market St., Ste. 1350
San Francisco, CA 94105-2825

Timothy Hoffman, Trustee
c/o Ray H. Olmstead
P.O. Box 15031
Santa Rosa, CA 95402-7031

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Incubus Entertainment
512 Jersey St.
San Francisco, CA 94114-3613

Internap, LLC
250 Williams St.
Atlanta, GA 30303-1032

Jim French Studios
8001 Woodrow Wilson Dr.
Los Angeles, CA 90046-1116

Jim French Studios
c/o John H. MacConaghy
MacConaghy and Barnier PLC
645 First St. West
Sonoma, CA 95476-7040

Jim French Studios, Inc.
c/o MacConaghy & Barnier, PLC
645 First St. West
Sonoma, CA 95476-7040

| | | |
|---|---|---|
| John Rutherford<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 | Richard W. Labowe<br>Labowe, Labowe and Hoffman<br>1631 W Beverly Blvd. 2nd Fl.<br>Los Angeles, CA 90026-5710 | Law Offices of R. James Fisher<br>2 Padre Pkwy., Ste. 300<br>Rohnert Park, CA 94928-2116 |
| Lockerroom Marketing, Ltd.<br>694 Derwent Way<br>Delta, BC  V3M 5P8<br>CANADA | John H. MacConaghy<br>MacConaghy and Barnier<br>645 1st St. W  #D<br>Sonoma, CA 95476-7044 | Mansion Productions, Inc.<br>P.O. Box 452254<br>Los Angeles, CA 90045-8529 |
| Office of the U.S. Trustee / SR<br>235 Pine Street<br>Suite 700<br>San Francisco, CA 94104-2736 | Ray H. Olmstead<br>Law Offices of Ray H. Olmstead<br>P.O. Box 15031<br>Santa Rosa, CA 95402-7031 | Palace Press<br>3160 Kerner Blvd., Unit 108<br>San Rafael, CA 94901-5454 |
| Paladin Video, Inc.<br>6750 Boulder Hwy.<br>Las Vegas, NV 89122-7467 | Peter Buchanan<br>c/o Richard Francheschini<br>Ragghiati Freistas, LLP<br>874 4th St.<br>San Rafael, CA 94901-3246 | Prowest Media Corporation<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 |
| Rimer & Matthewson, LLP<br>One Embarcadero Center, Ste. 500<br>San Francisco, CA 94111-3610 | Rob Casale<br>aka Martin Kramer<br>27841 Persimmon, #44<br>Mission Viejo, CA 92691-6657 | Russell F. Rowen<br>Lippenberger Thompson, et al.<br>201 Tamal Vista Blvd.<br>Corte Madera, CA 94925-1190 |
| Sandra Stout<br>850 West Napa St.<br>Sonoma, CA 95476-6415 | Tom Settle<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 | Stan Loeb<br>6750 Boulder Hwy.<br>Las Vegas, NV 89122-7467 |
| State Board of Equalization<br>Special Operations Branch, MIC:55<br>P.O. Box 942879<br>Sacramento, CA 94279-0055 | Stone & Stone, LLP<br>15281 Ventura Blvd., Ste. 245<br>Encino, CA 91403 | TLA Entertainment, Inc.<br>234 Market St., 5th Fl.<br>Philadelphia, PA 19106-2816 |
| Thomas Settle<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 | Timothy Hoffman, Trustee<br>(In re Rutherford; 10-12045)<br>P.O. Box 1761<br>Sebastopol, CA 95473-1761 | Timothy Hoffman, Trustee<br>(In re Settle; 10-12044)<br>P.O. Box 1761<br>Sebastopol, CA 95473-1761 |
| Tom Settle<br>John Rutherford<br>P.O. Box 1550<br>Boyes Hot Springs, CA 95416-1550 | United Parcel Service<br>c/o Receivable Management Services<br>P.O. Box 4396<br>Timonium, MD 21094-4396 | VS International<br>828 Chester St.<br>Oakland, CA 94607-1924 |
| Winthrop Properties, Inc.<br>7 Bulfinch Pl., Ste. 500<br>P.O. Box 9507<br>Boston, MA 02114-9507 | Zubb Entertainment, Inc.<br>3300 Cote-Vertu, Ste. 406<br>Montreal, QC H4R 2B7<br>CANADA | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| IRS | (d)IRS | End of Label Matrix | |
|---|---|---|---|
| P.O. Box 21126 | P.O. Box 21126 | Mailable recipients | 58 |
| Philadelphia, PA 19114 | Philadelphia, PA 19114-0326 | Bypassed recipients | 0 |
| | | Total | 58 |