David N. Chandler, Sr.  SBN 60780
David N. Chandler, Jr.  SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:                          CASE No. 10-12153

PROWEST MEDIA CORPORATION,      CHAPTER 11

                                AMENDMENT TO DEBTOR'S CHAPTER 11
     DEBTOR.            /       PLAN OF REORGANIZATION

PROWEST MEDIA CORPORATION, Debtor herein, amends the Plan filed herein on July 7, 2010 as follows:

ARTICLE I

DEFINITIONS

1.16.    <u>Settlement Agreement and Mutual Release</u> means the Settlement Agreement and Mutual Release entered into by the Debtor, Jim French Studios, and related parties, a copy of which is attached hereto as Exhibit 1.

ARTICLE V

TREATMENT OF IMPAIRED CLASSES OF CLAIMS

5.02.    <u>Class 2 Claims are impaired.</u>  Holders of allowed Class 2 Claims shall be paid an amount equal to such holders interest in the Debtor's interest in the collateral as is agreed and set forth in the terms of the Settlement Agreement and General Release, Exhibit 1 hereto.  Such holder shall retain its security

1

interest in the collateral as set forth in said Exhibit 1.

## ARTICLE VII

## MEANS FOR THE PLAN'S EXECUTION

7.04.   Debtor shall further commence payments to the holder of allowed Class 2 Claims in installments as provided in Exhibit 1 hereto.

7.05.   Debtor shall cause A.P. No. 10-1080, entitled, "Prowest v. French, et al. to be dismissed as provided in Exhibit 1. Determination of secured claims pursuant to Section 506 of the Code are agreed terms pursuant to the provisions of Exhibit 1 which shall be binding on the parties.

7.06.   All claims and causes of action against Jim French Studio, Colt Studio, Colt Studios, Jim French, agents and attorneys, including rights of set off are specifically provided for by the terms of the Settlement Agreement and Mutual Release, Exhibit 1. Confirmation of the Plan shall constitute approval of the terms of said Exhibit 1 by the Court.

7.09.   Debtor may object to claims as appropriate and all rights of counterclaim and setoff as to any party filing a claim against the estate are specifically reserved.

7.10.   Deleted.

## ARTICLE XI

## MISCELLANEOUS

11.02.   <u>Effective Date.</u>  For purposes of all determinations to be made pursuant to the Bankruptcy Code in respect to the Plan or any Claim or Interest, the "effective date" of the Plan shall be sixty days following the entry of the Order of Confirmation. However, the initial installment(s) required to be paid pursuant to

the terms of Exhibit 1 shall be payable and paid pursuant to the terms of Exhibit 1 regardless of the effective date for all other determinations.

Dated:    1/14/11                DAVID N. CHANDLER, p.c.

By: */s/David N. Chandler*
DAVID N. CHANDLER,
Attorney for Debtor