```
David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. 10-12153 |
| PROWEST MEDIA CORPORATION, | Chapter 11 |
| DEBTOR.         / | ORDER CONFIRMING <u>CHAPTER 11 PLAN</u> |

    The Plan ("Plan") under Chapter 11 of the Bankruptcy Code filed by Prowest Media Corporation, Debtor herein, on July 7, 2010, and amended on January 6, 2011, and January 14, 2011, and the Plan having been transmitted to creditors and equity security holders; and

    It having been determined after hearing on notice on January 14, 2011:

    1.   The Plan has been accepted in writing by the creditors and equity security holders as is required by law.

    2.   The provisions of Chapter 11 of the Code have been complied with; the Plan has been proposed in good faith and not by any means forbidden by law.

    3.   Each holder of a claim or interest will receive or retain under the Plan, property of a value, as of the effective date of the Plan, that is not less than the amount such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Code on such date.

    4.   All payments made or promised by the Debtor, or by a person

issuing securities, or acquiring property under the Plan, or by any other person for services or for costs and expenses, or in connection with the Plan, and incident to the case, have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to the approval of the Court.

5. The identity, qualifications, and affiliations of the persons who are to be directors or officers, or voting Trustees, if any, of the Debtors, after confirmation of the Plan, have been duly disclosed and the appointment of such persons to such offices, or their continuances therein, is equitable, and consistent with the interest of the creditors and equity security holders and with public policy.

6. The identity of any insiders that will be employed or retained by the Debtors and his compensation have been fully disclosed.

7. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtors or any successor to the Debtors under the Plan.

IT IS ORDERED as follows:

That the Plan filed July 2, 1020, as amended on January 6, 2011, and January 14, 2011, filed by Prowest Media Corporation, a copy of which Plan is on file with the Court, is approved and confirmed.

Dated: January 17, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge