**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form CPR

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Prowest Media Corporation | Case No.: 10–12153 AJ 11 |
|---|---|
| Debtor(s) | Chapter: 11 |

## NOTICE OF CONFIRMATION OF PLAN
## TOGETHER WITH
## NOTICE OF HEARING ON APPLICATION FOR ALLOWANCE OF COMPENSATION

**Notice is hereby given** of the entry of an order of this court on January 17, 2011, confirming the plan of reorganization as filed on July 7, 2010, by Prowest Media Corporation ;

A hearing on applications for allowance of compensation will be held as follows:

| **DATE:** March 11, 2011 | **TIME:** 10:30 AM |
|---|---|
| **LOCATION:** U.S. Bankruptcy Court, Courtroom, 99 South E St., Santa Rosa, CA 95404 ||

**Notice is given further** that the following applications for compensation have been filed with the Clerk of the Court and will be heard at the above indicated date, time and location.

| **Applicant** | **Fees** | **Expenses** |
|---|---|---|
| David N. Chandler, Debtor's Attorney | $61,074.00 | $577.19 |
| Mikel D. Bryan, Special Counsel | $5,330.00 | $0.00 |

Interested parties are referred to the confirmation order and fee applications on file with the Clerk of the Court for particulars.

Dated: 2/14/11

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court